**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

RONALD KRICK, et al.,

      Plaintiffs-Appellants,

v.

RAYTHEON COMPANY, et al.,

      Defendants-Appellees.

**Case No. 1:23-cv-08093-AMD-JAM**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Ronald Krick, Christine Grogan, Eileen Zaharioudakis, Michael Deteresa, Margareta Krick, Christopher Krick, Wanda Kemp, Douglas Kevorkian, Craig Gaetke, and all other Plaintiffs in the above-entitled action hereby appeal to the United States Court of Appeals for the Second Circuit from the following judgments and orders of the United States District Court for the Eastern District of New York:

The Judgment - Clerk (Dkt. No. 228), entered on March 3, 2026, following the Court's March 2, 2026 order on the motions to dismiss.

The ORDER as to 155 Appeal of Magistrate Judge Decision (Dkt. No. 159), entered on November 20, 2024, by the Honorable Ann M. Donnelly, denying Plaintiffs' appeal of Magistrate Judge Joseph A. Marutollo's October 8, 2024 order granting the motion to withdraw.

1

Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), the appeal period is sixty (60) days because the United States, or an officer or agency thereof, is a party to this action.

Dated: April 30, 2026                    Respectfully submitted,

                                         T. M. Guyer and Ayers & Friends PC

                                         /s/ Thad M. Guyer
                                         Thad M. Guyer
                                         T. M. Guyer and Ayers & Friends PC
                                         thad@guyerayers.com
                                         (206) 535-2395
                                         Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I certify that on April 30, 2026, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court by using the CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                         /s/ Thad M. Guyer
                                         Thad M. Guyer

APPEAL,CASREF,DECLINED−CONSENT,MAGAPP,MJI

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:23−cv−08093−AMD−JAM

Krick et al v. Raytheon Company et al
Assigned to: Judge Ann M Donnelly
Referred to: Magistrate Judge Joseph A. Marutollo
Case in other court:  Massachusetts, 1:22−cv−11032
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 10/19/2023
Date Terminated: 03/03/2026
Jury Demand: Plaintiff
Nature of Suit: 315 Airplane Product Liability
Jurisdiction: U.S. Government Defendant

## Plaintiff

**Ronald Krick**
1003 Hemingway Ln.
Weldon Spring, MO 63304
314−494−7479
*Individually and on Behalf of the Estate of Oliver Krick*

represented by **Benjamin L. Bailey**
Bailey & Glasser LLP
209 Capitol Street
Charleston, SC 25301
304−345−6555
Email: bbailey@baileyglasser.com
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher D. Smith**
Bailey & Glasser LLP
209 Capitol Street
Charleston, SC 25301
304−345−6555
Fax: 304−342−1110
Email: csmith@baileyglasser.com
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric B. Snyder**
Bailey & Glasser, LLP
209 Capitol Street
25301
Charleston, WV 25301
304−345−6555
Fax: 304−342−1110
Email: esnyder@baileyglasser.com
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John J. Roddy**
Bailey & Glasser LLP
176 Federal Street
5th Floor
Boston, MA 02110
617−439−6730
Fax: 617−951−3954
Email: jroddy@baileyglasser.com
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Brueckner**
Berle Kass & Case

45 Rockfeller Plaza
New York, NY 10111
212 765–1000
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott B. Baez**
Bailey & Glasser LLP
1999 Harrison Street
Suite 660
Oakland, CA 94612
510–272–8000
Fax: 510–463–0291
Email: sbaez@baileyglasser.com
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephani Ayers**
T.M. Guyer and Ayers & Friends, PC
Pob 1061
Medford, OR 97501
813–382–7865
Email: stephani@whistleblowerdefenders.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd A. Walburg**
McCune Law Group, APC
3281 E. Guasti Road
Suite 100
Ontario, CA 91761
909–557–1250
Fax: 909–557–1275
Email: taw@mccunewright.com
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Alan Walburg**
Cutter Law, P.C.
401 Watt Avenue
Sacramento, CA 95864
916–290–9400
Fax: 916–588–9330
Email: twalburg@cutterlaw.com
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thad M Guyer**
T.M. Guyer & Friends, PC
116 Mistletoe Street
P O Box 1061
Medford, OR 97501
206–941–2869
Email: thad@guyerayers.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margareta Krick**
3403 Sun Bear Ct.
Wentzville, MO 63387
(636) 327–0512

represented by **Benjamin L. Bailey**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher D. Smith**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric B. Snyder**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John J. Roddy**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Brueckner**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott B. Baez**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephani Ayers**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd A. Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Alan Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thad M Guyer**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Krick**                                          represented by          **Benjamin L. Bailey**
D–103                                                                                                         (See above for address)
2651 Citrus Lake Drive                                                                              *TERMINATED: 10/08/2024*
Naples, FL 34109                                                                                      *LEAD ATTORNEY*
(314) 518–8210                                                                                         *PRO HAC VICE*
                                                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                                                   **Christopher D. Smith**
                                                                                                                   (See above for address)
                                                                                                                   *TERMINATED: 10/08/2024*
                                                                                                                   *LEAD ATTORNEY*
                                                                                                                   *PRO HAC VICE*
                                                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                                                   **Eric B. Snyder**
                                                                                                                   (See above for address)
                                                                                                                   *TERMINATED: 10/08/2024*
                                                                                                                   *LEAD ATTORNEY*
                                                                                                                   *PRO HAC VICE*
                                                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                                                   **John J. Roddy**
                                                                                                                   (See above for address)
                                                                                                                   *TERMINATED: 10/08/2024*
                                                                                                                   *LEAD ATTORNEY*
                                                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                                                   **Leslie A. Brueckner**
                                                                                                                   (See above for address)
                                                                                                                   *TERMINATED: 10/08/2024*
                                                                                                                   *LEAD ATTORNEY*
                                                                                                                   *PRO HAC VICE*
                                                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                                                   **Scott B. Baez**
                                                                                                                   (See above for address)
                                                                                                                   *TERMINATED: 10/08/2024*
                                                                                                                   *LEAD ATTORNEY*
                                                                                                                   *PRO HAC VICE*
                                                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                                                   **Stephani Ayers**
                                                                                                                   (See above for address)
                                                                                                                   *LEAD ATTORNEY*
                                                                                                                   *PRO HAC VICE*
                                                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                                                   **Todd A. Walburg**
                                                                                                                   (See above for address)
                                                                                                                   *TERMINATED: 10/08/2024*
                                                                                                                   *LEAD ATTORNEY*
                                                                                                                   *PRO HAC VICE*
                                                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                                                   **Todd Alan Walburg**
                                                                                                                   (See above for address)
                                                                                                                   *TERMINATED: 10/08/2024*
                                                                                                                   *LEAD ATTORNEY*
                                                                                                                   *PRO HAC VICE*
                                                                                                                   *ATTORNEY TO BE NOTICED*

**Thad M Guyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Douglas Kevorkian**                    represented by   **Benjamin L. Bailey**
601                                                       (See above for address)
12 An Thuong                                              *TERMINATED: 10/08/2024*
Da Nang 550000                                            *LEAD ATTORNEY*
Vietnam                                                   *PRO HAC VICE*
(747) 218−8308                                            *ATTORNEY TO BE NOTICED*
*Individually and on Behalf of the Estate*
*of Ralph Kevorkian*                                      **Christopher D. Smith**
                                                          (See above for address)
                                                          *TERMINATED: 10/08/2024*
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Eric B. Snyder**
                                                          (See above for address)
                                                          *TERMINATED: 10/08/2024*
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **John J. Roddy**
                                                          (See above for address)
                                                          *TERMINATED: 10/08/2024*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Leslie A. Brueckner**
                                                          (See above for address)
                                                          *TERMINATED: 10/08/2024*
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Scott B. Baez**
                                                          (See above for address)
                                                          *TERMINATED: 10/08/2024*
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Stephani Ayers**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Todd A. Walburg**
                                                          (See above for address)
                                                          *TERMINATED: 10/08/2024*
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Todd Alan Walburg**
                                                          (See above for address)
                                                          *TERMINATED: 10/08/2024*
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Thad M Guyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Michelson**
*Individually and on Behalf of the Estate of Yonatan Rojany*
*TERMINATED: 09/01/2024*

represented by **Benjamin L. Bailey**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher D. Smith**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric B. Snyder**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John J. Roddy**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Brueckner**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott B. Baez**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd A. Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Alan Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephani Ayers**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Thad M Guyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Rojany**
*TERMINATED: 05/17/2024*

represented by **Benjamin L. Bailey**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher D. Smith**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric B. Snyder**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John J. Roddy**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Brueckner**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott B. Baez**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd A. Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Alan Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephani Ayers**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Thad M Guyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jodelle Gearon**
*Individually and on Behalf of the Estate
of Daniel Gaetke
TERMINATED: 05/17/2024*

represented by **Benjamin L. Bailey**
(See above for address)
*TERMINATED: 10/08/2024
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Christopher D. Smith**
(See above for address)
*TERMINATED: 10/08/2024
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Eric B. Snyder**
(See above for address)
*TERMINATED: 10/08/2024
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED*

**John J. Roddy**
(See above for address)
*TERMINATED: 10/08/2024
LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Leslie A. Brueckner**
(See above for address)
*TERMINATED: 10/08/2024
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Scott B. Baez**
(See above for address)
*TERMINATED: 10/08/2024
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Todd A. Walburg**
(See above for address)
*TERMINATED: 10/08/2024
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Todd Alan Walburg**
(See above for address)
*TERMINATED: 10/08/2024
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Stephani Ayers**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Thad M Guyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Todd Gaetke**
*TERMINATED: 05/17/2024*

represented by    **Benjamin L. Bailey**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher D. Smith**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric B. Snyder**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John J. Roddy**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Brueckner**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott B. Baez**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd A. Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Alan Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephani Ayers**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Thad M Guyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig Gaetke**                                    represented by    **Benjamin L. Bailey**
236                                                                   (See above for address)
11184 Antioch Road                                                   *TERMINATED: 10/08/2024*
Overland Park, KS 66210                                              *LEAD ATTORNEY*
913–325–5344                                                         *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Christopher D. Smith**
                                                                     (See above for address)
                                                                     *TERMINATED: 10/08/2024*
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Eric B. Snyder**
                                                                     (See above for address)
                                                                     *TERMINATED: 10/08/2024*
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **John J. Roddy**
                                                                     (See above for address)
                                                                     *TERMINATED: 10/08/2024*
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Leslie A. Brueckner**
                                                                     (See above for address)
                                                                     *TERMINATED: 10/08/2024*
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Scott B. Baez**
                                                                     (See above for address)
                                                                     *TERMINATED: 10/08/2024*
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Stephani Ayers**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Todd A. Walburg**
                                                                     (See above for address)
                                                                     *TERMINATED: 10/08/2024*
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Todd Alan Walburg**
                                                                     (See above for address)
                                                                     *TERMINATED: 10/08/2024*

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thad M Guyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda Kemp**
913 Big Oak Circle
Augusta, GA 30907
(706) 306–1900
*Individually and on Behalf of the Estates*
*of O. Lamar Allen and Ashton Allen*

represented by **Benjamin L. Bailey**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher D. Smith**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric B. Snyder**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John J. Roddy**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Brueckner**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott B. Baez**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephani Ayers**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd A. Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Alan Walburg**

(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thad M Guyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Grogan**                    represented by    **Benjamin L. Bailey**
105 Fawn Drive                                            (See above for address)
Shavano Park, TX 78231                                    *TERMINATED: 10/08/2024*
(917) 617–0141                                            *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Christopher D. Smith**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric B. Snyder**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John J. Roddy**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Brueckner**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott B. Baez**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephani Ayers**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd A. Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Alan Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thad M Guyer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Zaharioudakis**                    represented by   **Benjamin L. Bailey**
110 Park Lane                                               (See above for address)
Sonoma, CA 95476                                           *TERMINATED: 10/08/2024*
(707) 280–3222                                             *LEAD ATTORNEY*
*Individually and Behalf of the Estate of*                 *PRO HAC VICE*
*Donald Gough*                                             *ATTORNEY TO BE NOTICED*

**Christopher D. Smith**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric B. Snyder**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John J. Roddy**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Brueckner**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott B. Baez**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephani Ayers**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd A. Walburg**
(See above for address)
*TERMINATED: 10/08/2024*

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Alan Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thad M Guyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Michael Deteresa**                    represented by    **Benjamin L. Bailey**
7 Livingston Ave.                                         (See above for address)
Apt. 1702                                                 *TERMINATED: 10/08/2024*
New Brunswick, NJ 08901                                   *LEAD ATTORNEY*
(732) 853−7933                                            *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Christopher D. Smith**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric B. Snyder**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John J. Roddy**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Brueckner**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott B. Baez**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephani Ayers**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd A. Walburg**

(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Alan Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thad M Guyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Henry Gray, IV**                 represented by   **Benjamin L. Bailey**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher D. Smith**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric B. Snyder**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John J. Roddy**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Brueckner**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott B. Baez**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Alan Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Stephani Ayers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thad M Guyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd A. Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chadwick Graham Gray**                    represented by   **Benjamin L. Bailey**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher D. Smith**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric B. Snyder**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John J. Roddy**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Brueckner**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott B. Baez**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Alan Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephani Ayers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thad M Guyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd A. Walburg**
(See above for address)
*TERMINATED: 10/08/2024*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Raytheon Company**                    represented by    **Jonathan I. Handler**
Day Pitney LLP
One Federal Street
29th Floor
Boston, MA 02110
617–345–4734
Email: jihandler@daypitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael K. Lane**
Day Pitney LLP
One Federal Street
Suite 2900
Boston, MA 02110
617–345–4624
Email: mlane@daypitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tara E. Nicola**
Fitzpatrick, Hunt & Pagano, LLP
12 E. 49th Street
Ste 31st Floor
New York, NY 10017
212–937–4000
Email: tara.nicola@fitzhunt.com
*TERMINATED: 08/27/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ralph Vincent Pagano**
Fitzpatrick & Hunt, Tucker, Collier
Pagano, Aubert LLP
Tower 49, Twelve East 49th St. 31st Fl.
New York, NY 10017
212–937–4000
Fax: 212–937–4050
Email: ralph.pagano@fitzhunt.com
*ATTORNEY TO BE NOTICED*

**Tara Elizabeth Nicola**
Fitzpatrick & Hunt, Tucker, Collier,
Pagano, Aubert LLP
12 East 49th Street
31st Floor
New York, NY 10017

(212)937–4026
Fax: (212)937–4050
Email: tara.nicola@fitzhunt.com
*TERMINATED: 08/27/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Raytheon Technologies Corporation**   represented by   **Jonathan I. Handler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael K. Lane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tara E. Nicola**
(See above for address)
*TERMINATED: 08/27/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shane Nichols**
Fitzpatrick, Hunt & Pagano, LLP
10 South LaSalle Street
Suite 3400
Chicago, IL 60603
312–728–4902
Email: shane.nichols@fitzhunt.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lockheed Martin Corporation**   represented by   **David A. Frank II**
Wilson Elser Moskowitz Edelman &
Dicker, LLP
555 E. Wells Street
Suite 1730
Milwaukee, WI 53202
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Loringer**
Wilson Elser Moskowitz Edelman &
Dicker
555 E. Wells Street
Suite 1730
Milwaukee, WI 53202
414–292–3019
Fax: 414–276–8819
Email: john.loringer@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn A Grace**
Wilson, Elser
8444 Westpark Drive, Suite 510
McLean, VA 22102
703–245–9300
Email: kathryn.grace@wilsonelser.com
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**William T. Bogaert**
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
260 Franklin Street
14th Floor
Boston, MA 02110–4737
617–422–5300
Fax: 617–423–6917
Email: William.Bogaert@WilsonElser.com
*TERMINATED: 11/14/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Katt**
Wilson Elser Moskowitz Edelman &
Dicker LLP
555 East Wells St.
Suite 1730
Milwaukee, WI 53202
414–276–8816
Email: william.katt@wilsonelser.com
*(Inactive)*
*TERMINATED: 01/20/2026*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Frank , II**
Wilson Elser Moskowitz Edelman &
Dicker
555 E. Wells Street
Ste 1730
Milwaukee, WI 53202
414–276–8816
Fax: 414–276–8819
Email: david.frank@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**John Kelly**
Wilson Elser Moskowitz Edelman &
Dicker LLP
150 E 42nd Street
New York, NY 10017
212–915–5848
Fax: 212–490–3038
Email: john.p.kelly@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Missile Defense Agency**        represented by   **Rayford A. Farquhar**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617–748–3100
Fax: 617–748–3971
Email: rayford.farquhar@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of Defense**          represented by   **Rayford A. Farquhar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Navy**          represented by   **Rayford A. Farquhar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 through 20**

**Defendant**

**United States**          represented by   **Rayford A. Farquhar**
(See above for address)
*TERMINATED: 11/14/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Kelly , III**
DOJ–Civ
Torts Branch
P.O. Box 14271
Washington, DC 20044–4271
202–616–4031
Email: robert.kelly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Kelly**
United States Department of Justice
P.O. Box 14271
Washington, DC 20044–4271
202–616–4031
Email: robert.kelly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Artemis Lekakis**
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201–1820
(718) 254–6096
Fax: (718) 254–6081
Email: Artemis.Lekakis@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Emma K. Hildebrand**
DOJ–Civ
Aviation, Space & Admiralty
170 N St NE
Washington, DC 20002
202–305–9300
Email: emma.hildebrand@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jill Rosa**
DOJ–Civ
Aviation, Space & Admiralty Litigation
PO Box 14271

Washington, DC 20044–4271
202–307–2013
Fax: 202–616–4002
Email: jill.rosa@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Thomas M Brown**
DOJ–Civ
Civil Division, T–ASA
175 N St NE
8th Floor
Washington, DC 20002
202–616–4036
Email: thomas.m.brown@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2022 | 1 | COMPLAINT against All Defendants Filing fee: $ 402, receipt number AMADC–9388788 (Fee Status: Filing Fee paid), filed by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis. (Attachments: # 1 Civil Cover Sheet, # 2 Category Form)(Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 06/28/2022) |
| 06/28/2022 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge George A. OToole, Jr assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Jennifer C. Boal. (Finn, Mary) [Transferred from Massachusetts on 10/30/2023.] (Entered: 06/28/2022) |
| 06/28/2022 | 3 | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Geraldino–Karasek, Clarilde) [Transferred from Massachusetts on 10/30/2023.] (Entered: 06/28/2022) |
| 06/30/2022 | 4 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered. Pursuant to 28 USC sec. 455(b)(4), I recuse myself from participation in this matter and direct the Clerk forthwith to reassign the case randomly to another District Judge.(Lyness, Paul) [Transferred from Massachusetts on 10/30/2023.] (Entered: 06/30/2022) |
| 06/30/2022 | 5 | ELECTRONIC NOTICE of Reassignment. District Judge Angel Kelley added. Judge George A. OToole, Jr no longer assigned to case. (Finn, Mary) [Transferred from Massachusetts on 10/30/2023.] (Entered: 06/30/2022) |
| 09/19/2022 | 6 | AMENDED COMPLAINT against All Defendants, filed by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis, Charles Henry Gray, IV, Chadwick Graham Gray.(Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 09/19/2022) |
| 09/23/2022 | 7 | AFFIDAVIT OF SERVICE Executed by Christine Grogan, Jodelle Gearon, Margareta Krick, Ronald Krick, Michael Deteresa, Eric Rojany, Christopher Krick, Craig Gaetke, Eileen Zaharioudakis, Charles Henry Gray, IV, Todd Gaetke, Douglas Kevorkian, Chadwick Graham Gray, Wanda Kemp, Lisa Michelson. Lockheed Martin Corporation served on 9/20/2022, answer due 10/11/2022. Acknowledgement filed by Christine Grogan; Jodelle Gearon; Margareta Krick; Ronald Krick; Michael Deteresa; Eric Rojany; Christopher Krick; Craig Gaetke; Eileen Zaharioudakis; Charles Henry Gray, IV; Todd Gaetke; Douglas Kevorkian; Chadwick Graham Gray; Wanda Kemp; Lisa Michelson. (Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 09/23/2022) |
| 09/23/2022 | 8 | AFFIDAVIT OF SERVICE Executed by Christine Grogan, Jodelle Gearon, Margareta Krick, Ronald Krick, Michael Deteresa, Eric Rojany, Christopher Krick, Craig Gaetke, Eileen Zaharioudakis, Charles Henry Gray, IV, Todd Gaetke, Douglas Kevorkian, Chadwick Graham Gray, Wanda Kemp, Lisa Michelson. Raytheon Technologies Corporation served on 9/20/2022, answer due 10/11/2022. Acknowledgement filed by Christine Grogan; Jodelle |

| | | |
|---|---|---|
| | | Gearon; Margareta Krick; Ronald Krick; Michael Deteresa; Eric Rojany; Christopher Krick; Craig Gaetke; Eileen Zaharioudakis; Charles Henry Gray, IV; Todd Gaetke; Douglas Kevorkian; Chadwick Graham Gray; Wanda Kemp; Lisa Michelson. (Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 09/23/2022) |
| 09/23/2022 | 9 | AFFIDAVIT OF SERVICE Executed by Christine Grogan, Jodelle Gearon, Margareta Krick, Ronald Krick, Michael Deteresa, Eric Rojany, Christopher Krick, Craig Gaetke, Eileen Zaharioudakis, Charles Henry Gray, IV, Todd Gaetke, Douglas Kevorkian, Chadwick Graham Gray, Wanda Kemp, Lisa Michelson. United States Department of Defense served on 9/20/2022, answer due 10/11/2022. Acknowledgement filed by Christine Grogan; Jodelle Gearon; Margareta Krick; Ronald Krick; Michael Deteresa; Eric Rojany; Christopher Krick; Craig Gaetke; Eileen Zaharioudakis; Charles Henry Gray, IV; Todd Gaetke; Douglas Kevorkian; Chadwick Graham Gray; Wanda Kemp; Lisa Michelson. (Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 09/23/2022) |
| 09/23/2022 | 10 | AFFIDAVIT OF SERVICE Executed by Christine Grogan, Jodelle Gearon, Margareta Krick, Ronald Krick, Michael Deteresa, Eric Rojany, Christopher Krick, Craig Gaetke, Eileen Zaharioudakis, Charles Henry Gray, IV, Todd Gaetke, Douglas Kevorkian, Chadwick Graham Gray, Wanda Kemp, Lisa Michelson. United States Missile Defense Agency served on 9/22/2022, answer due 10/13/2022. Acknowledgement filed by Christine Grogan; Jodelle Gearon; Margareta Krick; Ronald Krick; Michael Deteresa; Eric Rojany; Christopher Krick; Craig Gaetke; Eileen Zaharioudakis; Charles Henry Gray, IV; Todd Gaetke; Douglas Kevorkian; Chadwick Graham Gray; Wanda Kemp; Lisa Michelson. (Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 09/23/2022) |
| 09/23/2022 | 11 | AFFIDAVIT OF SERVICE Executed by Christine Grogan, Jodelle Gearon, Margareta Krick, Ronald Krick, Michael Deteresa, Eric Rojany, Christopher Krick, Craig Gaetke, Eileen Zaharioudakis, Charles Henry Gray, IV, Todd Gaetke, Douglas Kevorkian, Chadwick Graham Gray, Wanda Kemp, Lisa Michelson. United States Navy served on 9/21/2022, answer due 10/12/2022. Acknowledgement filed by Christine Grogan; Jodelle Gearon; Margareta Krick; Ronald Krick; Michael Deteresa; Eric Rojany; Christopher Krick; Craig Gaetke; Eileen Zaharioudakis; Charles Henry Gray, IV; Todd Gaetke; Douglas Kevorkian; Chadwick Graham Gray; Wanda Kemp; Lisa Michelson. (Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 09/23/2022) |
| 09/26/2022 | 12 | AFFIDAVIT OF SERVICE Executed by Christine Grogan, Jodelle Gearon, Margareta Krick, Ronald Krick, Michael Deteresa, Eric Rojany, Christopher Krick, Craig Gaetke, Eileen Zaharioudakis, Charles Henry Gray, IV, Todd Gaetke, Douglas Kevorkian, Chadwick Graham Gray, Wanda Kemp, Lisa Michelson. Raytheon Company served on 9/20/2022, answer due 10/11/2022. Acknowledgement filed by Christine Grogan; Jodelle Gearon; Margareta Krick; Ronald Krick; Michael Deteresa; Eric Rojany; Christopher Krick; Craig Gaetke; Eileen Zaharioudakis; Charles Henry Gray, IV; Todd Gaetke; Douglas Kevorkian; Chadwick Graham Gray; Wanda Kemp; Lisa Michelson. (Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 09/26/2022) |
| 10/07/2022 | 13 | Assented to MOTION for Extension of Time to November 10, 2022 to Respond to Plaintiff's Amended Complaint by Lockheed Martin Corporation.(Bogaert, William) Modified ECF event on 10/11/2022 (Pacho, Arnold). [Transferred from Massachusetts on 10/30/2023.] (Entered: 10/07/2022) |
| 10/11/2022 | 14 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** Lockheed's 13 Assented to MOTION for Extension of Time to November 10, 2022 to Respond to 6 Plaintiff's Amended Complaint. (Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 10/11/2022) |
| 10/11/2022 | 15 | Assented to MOTION for Extension of Time to File Response/Reply as to 6 Amended Complaint, *with Local Rule 7.1(a)(2) Certificate of Compliance and Certificate of Service* by Raytheon Company, Raytheon Technologies Corporation.(Handler, Jonathan) [Transferred from Massachusetts on 10/30/2023.] (Entered: 10/11/2022) |
| 10/11/2022 | 16 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** re 15 Assented to MOTION for Extension of Time to File Response/Reply as to 6 Amended Complaint, with Local Rule 7.1(a)(2) Certificate of Compliance and Certificate of Service. Answer due 11/10/22 as to Raytheon Company and Raytheon Technologies Corporation ONLY. (Lara, Miguel) [Transferred from Massachusetts on 10/30/2023.] (Entered: 10/11/2022) |

| | | |
|---|---|---|
| 11/02/2022 | 17 | MOTION for Leave to Appear Pro Hac Vice for admission of William Katt, David Frank, Kathryn Grace, John Loringer Filing fee: $ 400, receipt number AMADC−9569949 by Lockheed Martin Corporation. (Bogaert, William) Modified on 11/3/2022. Motions filed as attachments docketed as separate entries, dkt # 18−20. (Pacho, Arnold). [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/02/2022) |
| 11/03/2022 | 18 | MOTION for Leave to Appear Pro Hac Vice for admission of Kathryn Grace by Lockheed Martin Corporation. Filing fee receipt number: AMADC−9569949 . (Attachments: # 1 Exhibit A − Certification)(Bogaert, William) Modified on 11/3/2022 to add receipt number for filing. (Pacho, Arnold). [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/03/2022) |
| 11/03/2022 | 19 | MOTION for Leave to Appear Pro Hac Vice for admission of John Loringer by Lockheed Martin Corporation. Filing fee receipt number: AMADC−9569949 (Attachments: # 1 Exhibit A − Certification)(Bogaert, William) Modified on 11/3/2022 to docket receipt number for filing. (Pacho, Arnold). [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/03/2022) |
| 11/03/2022 | 20 | MOTION for Leave to Appear Pro Hac Vice for admission of David Frank II by Lockheed Martin Corporation. Filing fee receipt number: AMADC−9569949 (Attachments: # 1 Exhibit A − Certification)(Bogaert, William) Modified on 11/3/2022 to docket filing fee receipt number. (Pacho, Arnold). [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/03/2022) |
| 11/03/2022 | 21 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 17 Motion for Leave to Appear Pro Hac Vice. Added William Katt.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account.<br><br>(Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/03/2022) |
| 11/03/2022 | 22 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 18 Motion for Leave to Appear Pro Hac Vice. Added Kathryn Grace.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at  https://pacer.uscourts.gov/register−account. You must put the docket number on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>(Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/03/2022) |
| 11/07/2022 | 23 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 19 Motion for Leave to Appear Pro Hac Vice. Added John Loringer.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at  https://pacer.uscourts.gov/register−account. You must put the docket number on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/07/2022) |
| 11/07/2022 | 24 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 20 Motion for Leave to Appear Pro Hac Vice. Added David A. Frank II.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a** |

| | | |
|---|---|---|
| | | **PACER account, go the Pacer website at  https://pacer.uscourts.gov/register−account. You must put the docket number on your form when registering or it will be rejected.** <br><br> Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm. <br><br> A Notice of Appearance must be entered on the docket by the newly admitted attorney. <br><br> (Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/07/2022) |
| 11/08/2022 | 25 | Second MOTION for Extension of Time to File Response/Reply *to Plaintiffs' Amended Complaint* by Lockheed Martin Corporation.(Bogaert, William) [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/08/2022) |
| 11/09/2022 | 26 | Assented to MOTION for Extension of Time to 30 days to respond *with Local Rule 7.1(a)(2) Certificate of Compliance and Certificate of Service* by Raytheon Company, Raytheon Technologies Corporation.(Handler, Jonathan) [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/09/2022) |
| 11/09/2022 | 27 | STIPULATION *of Plaintiffs and Defendant with Certificate of Service* by Raytheon Technologies Corporation. (Handler, Jonathan) [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/09/2022) |
| 11/10/2022 | 28 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 25 Lockheed's Second MOTION for Extension of Time to File Response to Plaintiffs' Amended Complaint. (Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/10/2022) |
| 11/10/2022 | 29 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 26 Raytheon's Assented to MOTION for Extension of Time to Respond to Plaintiffs' Amended Complaint. (Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/10/2022) |
| 11/16/2022 | 30 | MOTION for Leave to File *Second Amended Complaint (Unopposed)* by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis. (Attachments: # 1 Exhibit 1 − {Proposed] Second Amended Complaint)(Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/16/2022) |
| 11/17/2022 | 31 | NOTICE of Appearance by Michael K. Lane on behalf of Raytheon Company, Raytheon Technologies Corporation (Lane, Michael) [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/17/2022) |
| 11/17/2022 | 32 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 30 Unopposed MOTION for Leave to File Second Amended Complaint. <br><br> Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order) − in the caption of the document. (Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/17/2022) |
| 11/17/2022 | 33 | AMENDED COMPLAINT against Lockheed Martin Corporation, Does 1 through 20, Raytheon Company, United States, filed by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis.(Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/17/2022) |
| 11/22/2022 | 34 | SUMMONS Returned Executed by Christine Grogan, Jodelle Gearon, Margareta Krick, Ronald Krick, Michael Deteresa, Eric Rojany, Christopher Krick, Craig Gaetke, Eileen Zaharioudakis, Todd Gaetke, Douglas Kevorkian, Wanda Kemp, Lisa Michelson. (Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/22/2022) |
| 11/30/2022 | 35 | NOTICE of Appearance by Rayford A. Farquhar on behalf of United States, United States Department of Defense, United States Missile Defense Agency, United States Navy (Farquhar, Rayford) [Transferred from Massachusetts on 10/30/2023.] (Entered: 11/30/2022) |
| 12/06/2022 | 36 | NOTICE of Appearance by Robert E. Kelly on behalf of United States (Kelly, Robert) [Transferred from Massachusetts on 10/30/2023.] (Entered: 12/06/2022) |

| 12/08/2022 | 37 | MOTION for Leave to File Excess Pages by Lockheed Martin Corporation.(Bogaert, William) [Transferred from Massachusetts on 10/30/2023.] (Entered: 12/08/2022) |
|---|---|---|
| 12/09/2022 | 38 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 37 Motion for Leave to File Excess Pages ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Lara, Miguel) [Transferred from Massachusetts on 10/30/2023.] (Entered: 12/09/2022) |
| 12/11/2022 | 39 | Assented to MOTION for Leave to File *Brief Exceeding Page Limitation* by Raytheon Company.(Lane, Michael) [Transferred from Massachusetts on 10/30/2023.] (Entered: 12/11/2022) |
| 12/12/2022 | 40 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 39 Assented to MOTION for Leave to File Brief Exceeding Page Limitation. (Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 12/12/2022) |
| 12/16/2022 | 41 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Lockheed Martin Corporation.(Katt, William) [Transferred from Massachusetts on 10/30/2023.] (Entered: 12/16/2022) |
| 12/16/2022 | 42 | MEMORANDUM in Support re 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Lockheed Martin Corporation. (Katt, William) [Transferred from Massachusetts on 10/30/2023.] (Entered: 12/16/2022) |
| 12/16/2022 | 43 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Raytheon Company.(Lane, Michael) [Transferred from Massachusetts on 10/30/2023.] (Entered: 12/16/2022) |
| 12/16/2022 | 44 | MEMORANDUM in Support re 43 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Raytheon Company. (Lane, Michael) [Transferred from Massachusetts on 10/30/2023.] (Entered: 12/16/2022) |
| 12/16/2022 | 45 | DECLARATION re 43 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Raytheon Company. (Attachments: # 1 Exhibit A – NTSB Reprot, # 2 Exhibit B – NTSB Docket, # 3 Exhibit C – NYT Article, # 4 Exhibit D – Docket, # 5 Exhibit E – Stipulations, # 6 Exhibit F – Docket, # 7 Exhibit G – Docket)(Lane, Michael) [Transferred from Massachusetts on 10/30/2023.] (Entered: 12/16/2022) |
| 12/27/2022 | 46 | Assented to MOTION for Extension of Time to 02/10/2023 to File Response/Reply as to 43 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis.(Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 12/27/2022) |
| 01/04/2023 | 47 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** re 46 Assented to MOTION for Extension of Time to 02/10/2023 to File Response/Reply as to 43 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. (Lara, Miguel) [Transferred from Massachusetts on 10/30/2023.] (Entered: 01/04/2023) |
| 01/05/2023 | 48 | Assented to MOTION for Extension of Time to 2/7/2023 to Respond to Plaintiffs' Second Amended Complaint by United States.(Kelly, Robert) Modified ECF event on 1/9/2023 (Pacho, Arnold). [Transferred from Massachusetts on 10/30/2023.] (Entered: 01/05/2023) |
| 01/09/2023 | 49 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 48 Assented to MOTION for Extension of Time to 2/7/2023 to Respond to 33 Plaintiffs' Second Amended Complaint. (Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 01/09/2023) |
| 01/18/2023 | 50 | MOTION for Leave to Appear Pro Hac Vice for admission of Todd A. Walburg Filing fee: $ 125, receipt number AMADC–9673417 by Michael Deteresa, Craig Gaetke, Todd Gaetke, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis. (Attachments: # 1 Exhibit 1 – Affidavit of Todd A. Walburg)(Roddy, John) Modified docket text on 1/18/2023 (Pacho, Arnold). [Transferred from Massachusetts on 10/30/2023.] (Entered: 01/18/2023) |

| 01/18/2023 | 51 | MOTION for Leave to Appear Pro Hac Vice for admission of Benjamin L. Bailey Filing fee: $ 125, receipt number AMADC–9673486 by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis. (Attachments: # 1 Exhibit 1 – Affidavit of Benjamin L. Bailey)(Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 01/18/2023) |
| 01/18/2023 | 52 | MOTION for Leave to Appear Pro Hac Vice for admission of Eric B. Snyder Filing fee: $ 125, receipt number AMADC–9673494 by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis. (Attachments: # 1 Exhibit 1 – Affidavit of Eric B. Snyder)(Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 01/18/2023) |
| 01/18/2023 | 53 | MOTION for Leave to Appear Pro Hac Vice for admission of Christopher D. Smith Filing fee: $ 125, receipt number AMADC–9673507 by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis. (Attachments: # 1 Exhibit 1 – Affidavit of Christopher D. Smith)(Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 01/18/2023) |
| 01/18/2023 | 54 | MOTION for Leave to Appear Pro Hac Vice for admission of Scott B. Baez Filing fee: $ 125, receipt number AMADC–9673519 by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis. (Attachments: # 1 Exhibit 1 – Affidavit of Scott B. Baez)(Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 01/18/2023) |
| 01/18/2023 | 55 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Tara E. Nicola Filing fee: $ 125, receipt number AMADC–9674135 by Raytheon Company. (Attachments: # 1 Certification of Attestation of Tara E. Nicola in Support of Motion for Admission Pro Hac Vice)(Lane, Michael) [Transferred from Massachusetts on 10/30/2023.] (Entered: 01/18/2023) |
| 02/01/2023 | 56 | Assented to MOTION for Leave to File *a Combined Opposition to Defendants' Motions to Dismiss* by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis.(Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/01/2023) |
| 02/02/2023 | 57 | Assented to MOTION for Leave to File *an Oversized Brief* by United States.(Kelly, Robert) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/02/2023) |
| 02/02/2023 | 58 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 57 Assented to MOTION for Leave to File an Oversized Brief. <br><br>Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order) – in the caption of the document. (Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/02/2023) |
| 02/02/2023 | 59 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 50 Motion for Leave to Appear Pro Hac Vice. Added Todd A. Walburg. <br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen–current–pacer–accounts.htm#link–account. <br><br>(Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/02/2023) |
| 02/02/2023 | 60 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 51 Motion for Leave to Appear Pro Hac Vice. Added Benjamin L. Bailey. <br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account.** |

|  |  |  |
|---|---|---|
|  |  | **You must put the docket number on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/02/2023) |
| 02/02/2023 | 61 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 52 Motion for Leave to Appear Pro Hac Vice. Added Eric B. Snyder.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen–current–pacer–accounts.htm#link–account.<br><br>(Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/02/2023) |
| 02/02/2023 | 62 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 53 Motion for Leave to Appear Pro Hac Vice. Added Christopher D. Smith.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at  https://pacer.uscourts.gov/register–account. You must put the docket number on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/02/2023) |
| 02/02/2023 | 63 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 54 Motion for Leave to Appear Pro Hac Vice. Added Scott B. Baez.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at  https://pacer.uscourts.gov/register–account. You must put the docket number on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/02/2023) |
| 02/02/2023 | 64 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 55 Motion for Leave to Appear Pro Hac Vice. Added Tara E. Nicola.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at  https://pacer.uscourts.gov/register–account. You must put the docket number on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/02/2023) |

| | | |
|---|---|---|
| 02/02/2023 | 65 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 56 Assented to MOTION for Leave to File a Combined Opposition to Defendants' Motions to Dismiss.<br><br>Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order) – in the caption of the document. (Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/02/2023) |
| 02/02/2023 | 66 | MOTION for Leave to Appear Pro Hac Vice for admission of Leslie A. Brueckner Filing fee: $ 125, receipt number AMADC–9700958 by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis. (Attachments: # 1 Exhibit 1 – Affidavit of Leslie A. Brueckner)(Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/02/2023) |
| 02/03/2023 | 67 | NOTICE of Appearance by Todd Alan Walburg on behalf of Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis (Walburg, Todd) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/03/2023) |
| 02/03/2023 | 68 | NOTICE of Appearance by Benjamin L. Bailey on behalf of Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis (Bailey, Benjamin) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/03/2023) |
| 02/03/2023 | 69 | NOTICE of Appearance by Eric B. Snyder on behalf of Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis (Snyder, Eric) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/03/2023) |
| 02/03/2023 | 70 | NOTICE of Appearance by Christopher D. Smith on behalf of Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis (Smith, Christopher) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/03/2023) |
| 02/03/2023 | 71 | NOTICE of Appearance by Scott B. Baez on behalf of Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis (Baez, Scott) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/03/2023) |
| 02/07/2023 | 72 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by United States. )(Kelly, Robert) Modified on 2/13/2023. Memorandum and exhibits filed as a separate entry per CM/ECF procedures, see Dkt. # 74 (Pacho, Arnold). [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/07/2023) |
| 02/07/2023 | 74 | MEMORANDUM in Support re 72 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by the United States. (Attachments: # 1 Exhibit 1 Lahr Fee Order, # 2 Exhibit 2 Stalcup Opp. Mot. Summ. J., # 3 Exhibit 3 Pls.' Admin. Claim, # 4 Exhibit 4 Navy Denial, # 5 Exhibit 5 Rademacher Slip Op.) [Memorandum and exhibits refiled by clerk as a separate entry per CM/ECF procedures.] (Pacho, Arnold) Modified on 2/10/2023. Deleted attachment previously labeled as exhibit 6. (Pacho, Arnold). [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/10/2023) |
| 02/09/2023 | 73 | NOTICE of Appearance by Tara E. Nicola on behalf of Raytheon Company (Nicola, Tara) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/09/2023) |
| 02/10/2023 | 75 | Opposition re 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 43 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis. (Attachments: # 1 Declaration of John Roddy in Support of Plaintiffs' Combined Opposition, # 2 Exhibit 1 to Roddy Decl., # 3 Exhibit 2 to Roddy Decl., # 4 Exhibit 3 to Roddy Decl., # 5 Exhibit 4 to Roddy Decl., # 6 Exhibit 5 to Roddy Decl.)(Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/10/2023) |

| 02/13/2023 | 76 | Assented to MOTION for Extension of Time to File Response/Reply as to 43 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Raytheon Company.(Nicola, Tara) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/13/2023) |
|---|---|---|
| 02/14/2023 | 77 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** re 76 Assented to MOTION for Extension of Time to File Response/Reply as to 43 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM.<br><br>Replies due by 3/3/2023. (Lara, Miguel)[Transferred from Massachusetts on 10/30/2023.] (Entered: 02/14/2023) |
| 02/14/2023 | 78 | Assented to MOTION for Extension of Time to March 3, 2023 to File Response/Reply as to 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Lockheed Martin Corporation.(Katt, William) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/14/2023) |
| 02/14/2023 | 79 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** re 78 Assented to MOTION for Extension of Time to March 3, 2023 to File Response/Reply as to 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. Replies due by 3/3/2023. (Lara, Miguel) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/14/2023) |
| 02/14/2023 | 80 | Assented to MOTION for Extension of Time to 03/21/2023 to File Response/Reply as to 72 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , Assented to MOTION for Leave to File Excess Pages ( Responses due by 2/28/2023) by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis.(Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/14/2023) |
| 02/16/2023 | 81 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** re 80 Assented to MOTION for Extension of Time to File Response/Reply and for Leave to Exceed Page Limitation as to 72 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM.<br><br>Responses due 3/21/2023.<br><br>(Lara, Miguel) [Transferred from Massachusetts on 10/30/2023.] (Entered: 02/16/2023) |
| 03/03/2023 | 82 | REPLY to Response to 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Lockheed Martin Corporation. (Katt, William) [Transferred from Massachusetts on 10/30/2023.] (Entered: 03/03/2023) |
| 03/03/2023 | 83 | REPLY to Response to 43 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Raytheon Company. (Nicola, Tara) [Transferred from Massachusetts on 10/30/2023.] (Entered: 03/03/2023) |
| 03/09/2023 | 84 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 66 Motion for Leave to Appear Pro Hac Vice. Added Leslie A. Brueckner.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at  https://pacer.uscourts.gov/register–account. You must put the docket number on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 03/09/2023) |
| 03/21/2023 | 85 | Opposition re 72 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis. (Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 03/21/2023) |

| 03/22/2023 | 86 | Assented to MOTION for Extension of Time to File Reply Brief to File Response/Reply as to 85 Opposition to Motion, by United States.(Kelly, Robert) [Transferred from Massachusetts on 10/30/2023.] (Entered: 03/22/2023) |
|---|---|---|
| 03/27/2023 | 87 | District Judge Angel Kelley: ELECTRONIC ORDER entered **GRANTING** 86 Assented to MOTION for Extension of Time to File Reply Brief to File Response/Reply as to 85 Opposition to Motion re 72 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM.<br><br>Replies due by 4/11/2023. (Lara, Miguel) [Transferred from Massachusetts on 10/30/2023.] (Entered: 03/27/2023) |
| 04/11/2023 | 88 | REPLY to Response to 72 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by United States. (Kelly, Robert) [Transferred from Massachusetts on 10/30/2023.] (Entered: 04/11/2023) |
| 08/02/2023 | 89 | ELECTRONIC NOTICE Setting Hearing on Motions: 72 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, 43 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM :<br><br>Motion Hearing set for 8/30/2023 02:30 PM in Courtroom 8 (In person only) before District Judge Angel Kelley. (Lara, Miguel) [Transferred from Massachusetts on 10/30/2023.] (Entered: 08/02/2023) |
| 08/10/2023 | 90 | District Judge Angel Kelley: ELECTRONIC ORDER entered.<br><br>The Court **ORDERS** parties to file additional briefing on the issue of venue with respect to Plaintiffs&rsquo; Federal Torts Claim Act claim, and address whether the instant matter is properly before the Court. Parties may attach any additional supporting documentation, as the Court may consider extraneous documents for the purpose of determining venue. SeeStars for Art Prod. FZ, LLC v. Dandana, LLC, 806 F. Supp. 2d 437, 447 (D. Mass. 2011) (&ldquo;A district court may examine facts outside the complaint to determine whether venue is proper.&rdquo;). Briefs shall be filed by *August 21, 2023*, and *limited to10 pages*, excluding exhibits. The Court will disregard any pages exceeding the limit. Responses, if parties so choose, are due *August 24, 2023*, and *limited to 5 pages*.<br><br>(Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 08/10/2023) |
| 08/16/2023 | 91 | RESPONSE TO COURT ORDER by Lockheed Martin Corporation re 90 Order,,, . (Katt, William) [Transferred from Massachusetts on 10/30/2023.] (Entered: 08/16/2023) |
| 08/21/2023 | 92 | RESPONSE TO COURT ORDER by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis re 90 Order,,, . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Roddy, John) [Transferred from Massachusetts on 10/30/2023.] (Entered: 08/21/2023) |
| 08/21/2023 | 93 | RESPONSE TO COURT ORDER by United States re 90 Order,,, . (Attachments: # 1 Exhibit 1 Tomicich Decl., # 2 Exhibit 2 FOIA Compl.)(Kelly, Robert) [Transferred from Massachusetts on 10/30/2023.] (Entered: 08/21/2023) |
| 08/30/2023 | 94 | Electronic Clerk's Notes for proceedings held before District Judge Angel Kelley: Motion Hearing held on 8/30/2023 re 72 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, 43 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM :<br><br>Case called. The Court heard oral argument on the pending motions to dismiss. The matters were taken under advisement.<br><br>(Court Reporter: Linda Walsh at lwalshsteno@gmail.com.)(Attorneys present: Todd Walburg for Plaintiffs; Tara Nicola and Michael Lane for Raytheon; Kathryn Grace, William Katt, and William Bogaert for Lockheed; Robert Kelly for Gvt.) (Lara, Miguel) [Transferred from Massachusetts on 10/30/2023.] (Entered: 08/30/2023) |
| 09/29/2023 | 95 | District Judge Angel Kelley: MEMORANDUM AND ORDER entered.<br><br>For the reasons stated in the attached memorandum, the current venue is improper and the claims against all Defendants will be transferred. Accordingly, Defendants' Motions to Dismiss |

| | | |
|---|---|---|
| | | [Dkts. 41; 43; 72] are **DENIED WITHOUT PREJUDICE** and the matter will be **TRANSFERRED** to a proper venue to be determined. Plaintiffs have seven (7) days to state the district it wishes this court to transfer this matter to pursuant to the FTCA's venue requirements.<br><br>(Lara, Miguel) [Transferred from Massachusetts on 10/30/2023.] (Entered: 10/02/2023) |
| 10/06/2023 | 96 | RESPONSE TO COURT ORDER by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis re 95 Memorandum & ORDER,, . (Walburg, Todd) [Transferred from Massachusetts on 10/30/2023.] (Entered: 10/06/2023) |
| 10/12/2023 | 97 | Transcript of Motion Hearing held on August 30, 2023, before Judge Angel Kelley. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Linda Walsh at lwalshsteno@gmail.com. Redaction Request due 11/2/2023. Redacted Transcript Deadline set for 11/13/2023. Release of Transcript Restriction set for 1/10/2024. (McDonagh, Christina) [Transferred from Massachusetts on 10/30/2023.] (Entered: 10/13/2023) |
| 10/12/2023 | 98 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (McDonagh, Christina) [Transferred from Massachusetts on 10/30/2023.] (Entered: 10/13/2023) |
| 10/13/2023 | 99 | District Judge Angel Kelley: ORDER entered. Order Transferring Case. (Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 10/13/2023) |
| 10/13/2023 | 100 | Case transferred to the United States District Court for the Eastern District of New York. Case file electronically sent to the Clerk in that District. (Pacho, Arnold) [Transferred from Massachusetts on 10/30/2023.] (Entered: 10/13/2023) |
| 10/30/2023 | 101 | Case transferred in from District of Massachusetts; Case Number 1:22–cv–11032. Original file certified copy of transfer order and docket sheet received. (Entered: 10/30/2023) |
| 10/30/2023 | 102 | Clerks Notice Re: Consent. A magistrate judge has been assigned as the presiding judge in this case as part of a Pilot Program, governed by EDNY Administrative Order 2023–23. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. The form is also available here: https://www.nyed.uscourts.gov/edny–direct–assignment–pilot–program. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent. Unless all parties consent to the Magistrate Judge jurisdiction by the deadline set forth in the Administrative Order 2023–23, a District Judge will be assigned to the case. The parties are directed to review the terms of Administrative Order 2023–23 and other materials related to the Pilot Program on the Courts website: https://www.nyed.uscourts.gov/edny–direct–assignment–pilot–program. (KD) (Entered: 10/30/2023) |
| 10/30/2023 | | The case of **Krick et al v. Raytheon Company et al**, has been transferred from **United States District Court District of Massachusetts (Boston)** to the Eastern District of New York. The new case number is **23–cv–8093**.<br>PLEASE NOTE: if you plan to continue representing your client(s), you must be admitted to practice before this court. You must do so by applying for Pro Hac Vice or permanent admission. To apply for Pro Hac Vice admission, you must first register for an ECF login and password. Please visit the Court's website at www.nyed.uscourts.gov/attorney–admissions for guidance. Once registered, you must electronically file a Motion to Appear Pro Hac Vice. You must pay the required pro hac vice fee online. (KD) (Entered: 10/30/2023) |
| 11/02/2023 | 103 | SCHEDULING ORDER: A status conference will be held via video on November 17, 2023 at 11:30 a.m. before Magistrate Judge Joseph A. Marutollo. The parties will receive a video conference access link by email. The parties shall log in ten (10) minutes before the video conference. The public may access the audio of the video conference by dialing toll free |

| | | |
|---|---|---|
| | | number **571–353–2301** and entering meeting code **190170369**. Persons granted remote access to proceedings are reminded that photographing, recording, or rebroadcasting of any Court proceeding or communication with the Court is prohibited. The parties are reminded to review the terms of Administrative Order 2023–23 and other materials related to the Pilot Program on the Court's website: https://www.nyed.uscourts.gov/edny–direct–assignment–pilot–program. Ordered by Magistrate Judge Joseph A. Marutollo on 11/2/2023. (EG) (Entered: 11/02/2023) |
| 11/07/2023 | 104 | NOTICE of Appearance by John Kelly on behalf of Lockheed Martin Corporation (aty to be noticed) (Kelly, John) (Entered: 11/07/2023) |
| 11/08/2023 | 105 | NOTICE by Lockheed Martin Corporation *Withdrawal of Appearance of William T. Bogaert* (Kelly, John) (Entered: 11/08/2023) |
| 11/09/2023 | 106 | NOTICE by United States *withdrawal of Rayford A. Farquhar* (Kelly, Robert) Modified on 11/14/2023 to convert to a motion. (EG). (Entered: 11/09/2023) |
| 11/13/2023 | 107 | NOTICE of Appearance by Tara Elizabeth Nicola on behalf of Raytheon Company (aty to be noticed) (Nicola, Tara) (Entered: 11/13/2023) |
| 11/13/2023 | 108 | Letter *to Clerk of Court* by Raytheon Company (Nicola, Tara) (Entered: 11/13/2023) |
| 11/14/2023 | 109 | Letter *to Court re: Motion to Dismiss* by Lockheed Martin Corporation (Kelly, John) (Entered: 11/14/2023) |
| 11/14/2023 | 110 | Letter *to Clerk of Court* by United States (Kelly, Robert) (Entered: 11/14/2023) |
| 11/14/2023 | 111 | NOTICE by Raytheon Company *Withdrawal of Appearance of Jonathan I. Handler* (Handler, Jonathan) (Entered: 11/14/2023) |
| 11/14/2023 | 112 | NOTICE by Raytheon Company *Withdrawal of Appearance of Michael K. Lane* (Handler, Jonathan) (Entered: 11/14/2023) |
| 11/14/2023 | | ORDER granting 105 – 106 : Attorneys Williams T. Bogart and Rayford A. Farquhar terminated. So Ordered by Magistrate Judge Joseph A. Marutollo on 11/14/2023. (EG) (Entered: 11/14/2023) |
| 11/14/2023 | 113 | NOTICE of Appearance by Thomas M Brown on behalf of United States (aty to be noticed) (Brown, Thomas) (Entered: 11/14/2023) |
| 11/15/2023 | 114 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC–17287216 by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Certificate of Good Standing) (Walburg, Todd) (Entered: 11/15/2023) |
| 11/16/2023 | 115 | NOTICE of Appearance by Ralph Vincent Pagano on behalf of Raytheon Company (aty to be noticed) (Pagano, Ralph) (Entered: 11/16/2023) |
| 11/17/2023 | | ORDER granting 114 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. SO ORDERED by Magistrate Judge Joseph A. Marutollo on 11/17/2023. (EG) (Entered: 11/17/2023) |
| 11/17/2023 | 116 | NOTICE of Appearance by Todd A. Walburg on behalf of Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis (notification declined or already on case) (Walburg, Todd) (Entered: 11/17/2023) |
| 11/17/2023 | 117 | NOTICE of Appearance by Artemis Lekakis on behalf of United States (aty to be noticed) (Lekakis, Artemis) (Entered: 11/17/2023) |
| 11/17/2023 | | Minute Entry for status conference held on 11/17/2023 before Magistrate Judge Joseph A. Marutollo: Counsel for all parties appeared. The Court discussed EDNY Administrative Order No. 2023–23. Plaintiff is directed to file a letter by Tuesday, November 21, 2023 indicating whether the parties consent to Magistrate Judge jurisdiction. Any party may withhold its |

| | | |
|---|---|---|
| | | consent without adverse substantive consequences. As set forth in 102 , in accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Docket Entry 102 provides a blank copy of the consent form that should be filled out, signed, and filed electronically if all parties wish to consent. The form is also available here: https://www.nyed.uscourts.gov/edny–direct–assignment–pilot–program. (FTR Log #11:30–11:47.) (EG) (Entered: 11/17/2023) |
| 11/21/2023 | 118 | Letter *to Clerk of Court re Magistrate Judge* by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis (Walburg, Todd) (Entered: 11/21/2023) |
| 11/22/2023 | 119 | MOTION to Appear Pro Hac Vice *of David Frank, II* Filing fee $ 150, receipt number ANYEDC–17310125 by Lockheed Martin Corporation. (Attachments: # 1 Affidavit of David A. Frank, II in Support of Motion to Admit Counsel Pro Hac) (Kelly, John) (Entered: 11/22/2023) |
| 11/22/2023 | 120 | MOTION to Appear Pro Hac Vice *John P. Loringer* Filing fee $ 150, receipt number ANYEDC–17310343 by Lockheed Martin Corporation. (Attachments: # 1 Affidavit of John P. Loringer in Support of Motion to Admit Counsel Pro Hac) (Kelly, John) (Entered: 11/22/2023) |
| 11/22/2023 | | ORDER granting 119 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that they receive electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Joseph A. Marutollo on 11/22/2023. (LCPL) (Entered: 11/22/2023) |
| 11/22/2023 | | ORDER granting 120 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that they receive electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Joseph A. Marutollo on 11/22/2023. (LCPL) (Entered: 11/22/2023) |
| 11/27/2023 | 121 | MOTION to Appear Pro Hac Vice *of William J. Katt* Filing fee $ 150, receipt number ANYEDC–17317188 by Lockheed Martin Corporation. (Attachments: # 1 Affidavit of William J. Katt in Support of Motion to Admit Counsel Pro Hac) (Kelly, John) (Entered: 11/27/2023) |
| 11/27/2023 | 122 | NOTICE of Appearance by Jill Rosa on behalf of United States (aty to be noticed) (Rosa, Jill) (Entered: 11/27/2023) |
| 11/28/2023 | | ORDER granting 121 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Joseph A. Marutollo on 11/28/2023. (JAM) (Entered: 11/28/2023) |
| 12/07/2023 | | NOTICE to Assign District Judge: The Clerk of Court is directed to reassign this case to a district judge. (BBM) (Entered: 12/07/2023) |
| 12/07/2023 | | Case Reassigned to Judge Ann M. Donnelly. Magistrate Judge Joseph A. Marutollo remains assigned to the case for referral matters. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (BBM) (Entered: 12/07/2023) |
| 12/08/2023 | | SCHEDULING ORDER: The defendants filed letters on November 13 and 14, 2023, notifying the Court of their intent to renew the 12(b) motions filed previously in the United States District Court for the District of Massachusetts 108 109 110 . The parties are directed to appear for a conference on Wednesday, December 13, 2023 at 4:00 p.m. in Courtroom 4G North. Ordered by Judge Ann M. Donnelly on 12/8/2023. (JA) (Entered: 12/08/2023) |

| 12/11/2023 | 123 | NOTICE of Appearance by William J. Katt on behalf of Lockheed Martin Corporation (notification declined or already on case) (Katt, William) (Entered: 12/11/2023) |
|---|---|---|
| 12/11/2023 | 124 | NOTICE of Appearance by David A Frank, II on behalf of Lockheed Martin Corporation (aty to be noticed) (Frank, David) (Entered: 12/11/2023) |
| 12/11/2023 | 125 | NOTICE of Appearance by Emma Hildebrand on behalf of United States (aty to be noticed) (Hildebrand, Emma) (Entered: 12/11/2023) |
| 12/11/2023 | 126 | NOTICE of Appearance by John P. Loringer on behalf of Lockheed Martin Corporation (notification declined or already on case) (Loringer, John) (Entered: 12/11/2023) |
| 12/13/2023 | 127 | MOTION to Appear Pro Hac Vice *for Kathryn A. Grace* Filing fee $ 150, receipt number ANYEDC–17372688 by Lockheed Martin Corporation. (Attachments: # 1 Affidavit of Kathryn A. Grace in Support of Motion to Admit Counsel Pro Hac Vice) (Kelly, John) (Entered: 12/13/2023) |
| 12/13/2023 | 128 | Letter *to Court re Kathryn A. Grace* by Lockheed Martin Corporation (Kelly, John) (Entered: 12/13/2023) |
| 12/13/2023 | | ORDER: The Motion for Leave to Appear Pro Hac Vice 127 is denied without prejudice. The petition seeking admission does not comply with Local Civil Rule 1.3(c) as it fails to include a Certificate of Good Standing from each of the states in which the Applicant is a member of the bar. Loc. Civ. R. 1.3(c) states, in part, that "[t]he motion must be accompanied by a certificate of the court for each of the states in which the applicant is a member of the bar, which has been issued within thirty (30) days of filing and states that the applicant is a member in good standing of the bar of that state court..." The Applicant is also reminded that under Local Civil Rule 1.3(a), applicants are directed to file their own "application for admission in electronic form and pay the required fee through [PACER]. This one application will be utilized both to admit and then to provide the applicant to the bar of this Court with electronic filing privileges for use on the Court's [ECF] system." SO ORDERED by the Honorable Joseph A. Marutollo on 12/13/2023. (LCPL) (Entered: 12/13/2023) |
| 12/13/2023 | | Minute Entry for proceedings held before Judge Ann M Donnelly: Status Conference held on 12/13/2023. Appearances by Todd Wahburg for the plaintiff, and Robert Kelly, Tara Nicola, Emma Hildebrand, Thomas Brown, Kathryn Grace, Ralph Pagano, John Kelly, and Artemis Lekakis for the defendants. Case called. Discussion held. The parties are directed to submit a joint status report on or before February 1, 2024. (Court Reporter Andronikh Barna.) (JA) (Entered: 12/13/2023) |
| 01/10/2024 | 129 | Amended MOTION to Appear Pro Hac Vice *for Kathryn A. Grace* Filing fee $ 150, receipt number ANYEDC–17449357 by Lockheed Martin Corporation. (Attachments: # 1 Affidavit Affidavit in Support of Amended Motion to Admit Counsel Pro Hac Vice) (Kelly, John) (Entered: 01/10/2024) |
| 01/10/2024 | | ORDER granting 129 Amended Motion to Appear Pro Hac Vice for Kathryn A. Grace. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that they receive electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. SO ORDERED by Magistrate Judge Joseph A. Marutollo on 1/10/2024. (EG) (Entered: 01/10/2024) |
| 01/11/2024 | 130 | NOTICE of Appearance by Kathryn A Grace on behalf of Lockheed Martin Corporation (notification declined or already on case) (Grace, Kathryn) (Entered: 01/11/2024) |
| 01/29/2024 | 131 | Letter MOTION to Produce by Raytheon Company. (Nicola, Tara) (Entered: 01/29/2024) |
| 01/29/2024 | | ORDER – Plaintiffs shall file a response to the arguments raised in Defendants' letter–motion, dated January 29, 2024 131 , by 5 p.m. on January 30, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 1/29/2024. (JAM) (Entered: 01/29/2024) |
| 01/30/2024 | 132 | RESPONSE to Motion re 131 Letter MOTION to Produce filed by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis. (Walburg, Todd) (Entered: 01/30/2024) |
| 01/30/2024 | | STATUS REPORT ORDER – The parties shall file a joint status report by February 2, 2024 addressing whether Defendants are amenable to the proposals set forth in Plaintiffs' letter, dated January 30, 2024 (Dkt. No. 132), and if so, whether they will withdraw their |

| | | |
|---|---|---|
| | | letter–motion filed on January 29, 2024 (Dkt. No. 131). Status Report due by 2/2/2024.Ordered by Magistrate Judge Joseph A. Marutollo on 1/30/2024. (JAM) (Entered: 01/30/2024) |
| 02/01/2024 | 133 | STATUS REPORT *Joint* by United States (Kelly, Robert) (Entered: 02/01/2024) |
| 02/02/2024 | 134 | STATUS REPORT *Joint* by United States (Kelly, Robert) (Entered: 02/02/2024) |
| 02/02/2024 | | ORDER granting 131 Motion to Produce. In light of the parties' status report dated February 2, 2024 (Dkt. No. 134), the Court grants Defendants' request to issue subpoenas to The Boeing Company for production of the Settlement Agreements or Releases relating to the Plaintiffs or their decedents identified in the Amended Complaint, in connection with the TWA Flight 800 accident on July 17, 1996.<br><br>With respect to the parties' February 1, 2024 status report (Dkt. No. 133), which includes a proposed briefing schedule and requests for page enlargements, the parties shall comply with Judge Donnelly's Individual Practices and Rules and file a letter addressed to Judge Donnelly regarding motion practice. Per Judge Donnelly's rules, letter motions shall be filed using the motion event via ECF.Ordered by Magistrate Judge Joseph A. Marutollo on 2/2/2024. (Marutollo, Joseph) (Entered: 02/02/2024) |
| 03/22/2024 | 135 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 12/13/2023, before Judge Ann M. Donnelly. Court Reporter/Transcriber Andronikh Barna, Telephone number 718–613–2178. Email address: ambarna.crr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 4/12/2024. Redacted Transcript Deadline set for 4/22/2024. Release of Transcript Restriction set for 6/20/2024. (Barna, Andronikh) (Entered: 03/22/2024) |
| 04/01/2024 | 136 | Letter by United States (Kelly, Robert) (Entered: 04/01/2024) |
| 04/02/2024 | | SCHEDULING ORDER: The Court has received 136 the defendants' letter. As requested, the defendants' motions to dismiss are due by July 12, 2024; the plaintiffs' oppositions are due by August 23, 2024; and the defendants' replies, if any, are due by September 27, 2024. The memoranda of law in support of or in opposition to the motions are limited to 35 pages and the reply memoranda are limited to 20 pages. Ordered by Judge Ann M. Donnelly on 4/2/2024. (CM) (Entered: 04/02/2024) |
| 05/14/2024 | 137 | STIPULATION of Dismissal *With Prejudice* by Raytheon Company (Nicola, Tara) (Entered: 05/14/2024) |
| 05/14/2024 | 138 | STIPULATION of Dismissal *With Prejudice* by Raytheon Company (Nicola, Tara) (Entered: 05/14/2024) |
| 05/14/2024 | 139 | STIPULATION of Dismissal *With Prejudice* by Raytheon Company (Nicola, Tara) (Entered: 05/14/2024) |
| 06/14/2024 | 140 | MOTION to Withdraw as Attorney *for All Plaintiffs by Bailey & Glasser, LLP* by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Chadwick Graham Gray, Charles Henry Gray, IV, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis. (Walburg, Todd) (Entered: 06/14/2024) |
| 06/20/2024 | 141 | Letter *requesting status conference* by United States (Kelly, Robert) (Entered: 06/20/2024) |
| 06/20/2024 | | ORDER deferring ruling on 140 Motion to Withdraw as Attorney. A status conference will be held on **June 24, 2024** at **2:30 p.m.** via Zoom to discuss the pending 140 Motion to Withdraw and the representations made by the United States at Dkt. No. 141 . At the scheduled date and time, the parties shall dial +1 646 828 7666; Meeting ID: 161 086 4946; Passcode: 973675 to appear before Judge Marutollo. At the status conference, Plaintiffs' current counsel shall be prepared to discuss the timeline for substitution of counsel. Ordered by Magistrate Judge Joseph A. Marutollo on 6/20/2024. (LCPL) (Entered: 06/20/2024) |
| 06/24/2024 | | Minute Entry for proceedings held before Magistrate Judge Joseph A. Marutollo: A status conference was held on June 24, 2024. All parties appeared. |

| | | |
|---|---|---|
| | | The Court defers ruling on Plaintiffs' 140 Motion to Withdraw. As discussed in the status conference, by **June 26, 2024**, Defendants shall file a joint letter–motion addressed to Judge Donnelly seeking a revised briefing schedule in light of Plaintiffs' counsel's pending motion to withdraw. In its submissions, Defendants may also address the developments in this case since Defendants issued subpoenas to The Boeing Company for production of the Settlement Agreements or Releases relating to the Plaintiffs or their decedents identified in the Amended Complaint, in connection with the events of July 17, 1996.<br><br>As stated in 140 , Plaintiffs' counsel advised all Plaintiffs, in writing, on April 1, 2024 of their intent to withdraw as counsel in this case. During the conference, Plaintiffs' counsel noted that Plaintiffs are currently in discussions with potential law firms to appear on their behalf in this case. Plaintiffs are reminded that "[a] person who is not an attorney may only represent himself in a pro se action; he may not represent another entity." *Hammond–Williams on behalf of Hammond v. Fuchs*, No. 21–CV–1121 (RA), 2021 WL 1947505, at \*1 (S.D.N.Y. May 13, 2021) (citation omitted). "[A]n administratrix or executrix of an estate may not proceed pro se when the estate has beneficiaries or creditors other than the litigant," *Pridgen v. Andresen*, 113 F.3d 391, 393 (2d Cir. 1997), because "the personal interests of the estate, other survivors, and possible creditors... will be affected by the outcome of the proceedings," *Iannaccone v. Law*, 142 F.3d 553, 559 (2d Cir. 1998). Further, only an "administrator and sole beneficiary of an estate with no creditors may appear pro se on behalf of the estate." *Guest v. Hansen*, 603 F.3d 15, 21 (2d Cir. 2010).<br>Plaintiffs' new counsel shall file their notices of appearance by **July 12, 2024**. The parties shall file a joint status report by **July 15, 2024**; in the joint status report, the parties shall outline proposed next steps in this litigation. (ZoomGov Log #2:34–3:02.) (EG) Modified on 6/24/2024 (JAM). (Entered: 06/24/2024) |
| 06/26/2024 | 142 | MOTION for Extension of Time to File *Defendants' Motions to Dismiss* by United States. (Kelly, Robert) (Entered: 06/26/2024) |
| 06/26/2024 | | ORDER granting 142 MOTION for Extension of Time to File the Motions to Dismiss. The due dates for briefing on the motions to dismiss are adjourned sine die. The Court will hold a status conference on July 23, 2024 at 3:00 p.m., in Courtroom 4G North. Ordered by Judge Ann M. Donnelly on 6/26/2024. (MK) (Entered: 06/26/2024) |
| 07/08/2024 | 143 | MOTION to Continue *Deadlines for New Counsel's Appearance and Status Conference* by Michael Deteresa, Craig Gaetke, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eileen Zaharioudakis. (Walburg, Todd) (Entered: 07/08/2024) |
| 07/08/2024 | | ORDER granting 143 : Incoming counsel for Plaintiffs shall file a notice of appearance by August 12, 2024. The parties shall confer and file a joint status report by August 15, 2024 outlining proposed next steps in this litigation.<br><br>The status conference is reset to August 22, 2024 at 11:00 a.m., before Judge Donnelly in Courtroom 4G North. Ordered by Magistrate Judge Joseph A. Marutollo on 7/8/2024. (JAM) (Entered: 07/08/2024) |
| 08/07/2024 | | SCHEDULING ORDER: Due to a change in the Court's schedule, the status conference has been reset to September 4, 2024 at 3:00 p.m., in Courtroom 4G North. Ordered by Judge Ann M. Donnelly on 8/7/2024. (MK) (Entered: 08/07/2024) |
| 08/15/2024 | 144 | STATUS REPORT *(JOINT)* by Michael Deteresa, Craig Gaetke, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Margareta Krick, Ronald Krick, Lisa Michelson, Eileen Zaharioudakis (Walburg, Todd) (Entered: 08/15/2024) |
| 08/16/2024 | | SCHEDULING ORDER: A status conference will be held, via Zoom, on August 22, 2024 at 12:45 p.m. before Magistrate Judge Joseph A. Marutollo to discuss developments related to the pending Motion to Withdraw, Individual and Estate Plaintiffs' attempts at retaining new counsel, and the status of this litigation. At the scheduled date and time, the parties shall use following link to appear before Judge Marutollo: https://nyed.zoomgov.com/j/1614875118?pwd=nJTuwoJW4wfmbzVhh4WO9HZeyWmlPP.1. Counsel and **all** individual Plaintiffs shall appear at the conference. Outgoing Counsel for Plaintiffs is directed to serve a copy of this Scheduling Order on each Plaintiff and ensure that they are aware of the upcoming conference. Ordered by Magistrate Judge Joseph A. Marutollo on 8/16/2024. (EG) (Entered: 08/16/2024) |

| 08/16/2024 | | SCHEDULING ORDER: The status conference set to September 4, 2024, before Judge Ann M. Donnelly, is adjourned sine die, given the August 22, 2024 status conference before Magistrate Judge Joseph A. Marutollo and the developments outlined in the 144 joint status report. Ordered by Judge Ann M. Donnelly on 8/16/2024. (MK) (Entered: 08/16/2024) |
|---|---|---|
| 08/21/2024 | 146 | Emergency MOTION for Sanctions *submitted by plaintiff pro se* by Christopher Krick. (RG) (Entered: 08/23/2024) |
| 08/22/2024 | | Minute Entry of Proceedings before Magistrate Judge Joseph A. Marutollo: Counsel for all parties appeared. Individual Plaintiffs Lisa Michelson, Ronald Krick, Eric Rojany, Wanda Kemp, Margaret Krick, and Christine Grogan also appeared. Discussions were held on the record. Plaintiffs were advised of numerous standing and other substantive deficiencies implicated by Plaintiffs' counsel's motion to withdraw. Plaintiffs were also advised of their own withdrawal rights under the Federal Rules of Civil Procedure. Plaintiffs apprised the Court of their efforts to seek new counsel. Defendants advised the Court of their concerns regarding the status of this litigation. Outgoing counsel noted that they have no involvement in Plaintiffs' attempt to retain new counsel. At least three Plaintiffs represented that they are actively seeking counsel. <br><br> After expressing its concerns regarding Plaintiffs' likelihood of success at this juncture, the Court ordered Plaintiffs to obtain new counsel by September 13, 2024. Plaintiffs' current counsel shall file a status report by September 16, 2024. Plaintiffs' counsel shall order a copy of the transcript from the August 22, 2024 conference and serve copies of the transcript – – along with this Order – – upon each Plaintiff via email. Contact the E.S.R. Department at (718) 613–2590 to order the transcript. (ZoomGov Log #12:56–1:43.) (EG) (Entered: 08/22/2024) |
| 08/23/2024 | 145 | NOTICE by Raytheon Company *Withdrawal of Appearance of Tara E. Nicola* (Nicola, Tara) Modified on 8/23/2024 to convert to motion(EG). (Entered: 08/23/2024) |
| 08/23/2024 | | ORDER denying 145 Motion to Withdraw as Attorney. The motion to withdraw does not comply with Local Civil Rule 1.4, which, among other things, requires the attorney seeking to withdraw to indicate whether they are asserting a retaining or charging lien. Counsel is directed to consult Local Civil Rule 1.4, amend their motion to meet all of the requirements, and re–file by August 27, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 8/23/2024. (EG) (Entered: 08/23/2024) |
| 08/26/2024 | | ORDER denying 146 Motion for Sanctions. The Court is in receipt of Mr. Christopher Krick's Motion for Sanctions. This Motion is DENIED. Until relieved as counsel by further action from this Court, Mr. Krick remains represented by counsel and may not file such applications on the docket. Ordered by Magistrate Judge Joseph A. Marutollo on 8/26/2024. (JAM) (Entered: 08/26/2024) |
| 08/27/2024 | 147 | MOTION to Withdraw as Attorney *Withdrawal of Appearance of Tara E. Nicola* by Raytheon Company. (Attachments: # 1 Exhibit A – Proposed Order) (Pagano, Ralph) (Entered: 08/27/2024) |
| 08/27/2024 | | ORDER granting 147 Motion to Withdraw as Attorney. Attorney Tara E. Nicola and Tara Elizabeth Nicola terminated. Ordered by Magistrate Judge Joseph A. Marutollo on 8/27/2024. (JAM) (Entered: 08/27/2024) |
| 08/29/2024 | 148 | NOTICE of Voluntary Dismissal by Lisa Michelson (Walburg, Todd) (Entered: 08/29/2024) |
| 09/09/2024 | 149 | TRANSCRIPT of Proceedings held on August 22, 2024, before Judge Marutollo. Court Transcriber: Georgette K. Betts. Email address: Georgetteb25@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 9/30/2024. Redacted Transcript Deadline set for 10/10/2024. Release of Transcript Restriction set for 12/9/2024. (RC) (Entered: 09/09/2024) |
| 09/16/2024 | 150 | STATUS REPORT by Michael Deteresa, Craig Gaetke, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Eileen Zaharioudakis (Walburg, Todd) (Entered: 09/16/2024) |
| 09/20/2024 | | STATUS REPORT ORDER re 140 Motion to Withdraw: Following the August 22, 2024 status conference held before this Court, Plaintiffs were granted an extension until September |

| | | |
|---|---|---|
| | | 13, 2024 to retain new counsel in light of the pending motion to withdraw. On September 16, 2024, Plaintiffs' outgoing counsel represented that the remaining Plaintiffs "have not yet found replacement counsel willing to undertake Plaintiffs' representation." Dkt. No. 150. Counsel also represented that they received a document purporting to be a "Draft Opposition" to their motion to withdraw from an attorney based in Medford, Oregon the latter whom the Court notes has yet to appear in this action and thus has no business before this Court.<br><br>The Court intends on ruling on the pending motion to withdraw shortly. By **September 24, 2024**, outgoing counsel shall file a letter containing the contact information (name, mailing address, phone number, and email address where applicable) for each of the remaining Plaintiffs in this action. Ordered by Magistrate Judge Joseph A. Marutollo on 9/20/2024. (EG) (Entered: 09/20/2024) |
| 09/23/2024 | 151 | Letter *to Hon. Joseph A. Marutollo in Response to Status Report Order* by Michael Deteresa, Craig Gaetke, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Eileen Zaharioudakis (Walburg, Todd) (Entered: 09/23/2024) |
| 10/08/2024 | 152 | **OPINION AND ORDER** granting 140 Motion to Withdraw as Attorney. For the reasons set forth in the attached Opinion and Order, the Motion to Withdraw is **GRANTED**. Attorneys Leslie A. Brueckner; John J. Roddy; Christopher D. Smith; Eric B. Snyder; Todd A. Walburg; Todd Alan Walburg; Scott B. Baez and Benjamin L. Bailey terminated.<br><br>Plaintiffs Ronald Krick, Wanda Kemp, Eileen Zaharioudakis, and Douglas Kevorkian are hereby **ORDERED TO SHOW CAUSE** by **November 4, 2024** why they should be allowed to proceed *pro se* with this action on behalf of decedents Oliver Krick, O. Lamar Allen and Ashton Allen, Donald E. Gough, and Ralph G. Kevorkian respectively. Each of Ronald Krick, Wanda Kemp, Eileen Zaharioudakis, and Douglas Kevorkian shall file, under penalty of perjury, a letter addressed to this Court affirming that (i) they are the sole beneficiary of the decedents estate, (ii) there are no creditors, and (iii) where relevant, why the decedent's survivors do not defeat their status as beneficiaries. Where applicable and beneficial to their argument, Plaintiffs may provide supporting documentation.<br><br>The Court notes that failure to do so may result in a *sua sponte* Report and Recommendation to the Honorable Ann. M. Donnelly, United States District Judge, recommending that Plaintiffs Ronald Krick, Wanda Kemp, Eileen Zaharioudakis, and Douglas Kevorkian be dismissed with leave to file an amended complaint through counsel within sixty days of adoption of a dismissal order.<br><br>The Clerk of Court is respectfully directed to (i) serve a copy of this Opinion and Order via first–class mail (where possible) and email and (ii) update each remaining Plaintiffs' contact information as outlined in Section III of the Opinion and Order.<br><br>Ordered by Magistrate Judge Joseph A. Marutollo on 10/8/2024. (LCPL) (Entered: 10/08/2024) |
| 10/18/2024 | 153 | MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC–18403049. (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing) (Ayers, Stephani) (Entered: 10/18/2024) |
| 10/18/2024 | | ORDER granting 153 Motion to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that they receive electronic notification of activity in this case. Also, the attorney shall ensure the $200 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Joseph A. Marutollo on 10/18/2024. (EG) (Entered: 10/18/2024) |
| 10/18/2024 | | ORDER – In Dkt. No. 153 , counsel Stephani L. Ayers states that she will appear for "Kemp, Grogan, Kevorkian, et al." By October 23, 2024, Ms. Ayers shall clarify whether she represents all Plaintiffs in this action.<br><br>In light of Ms. Ayers's motion for pro hac vice, the parties shall file a joint status report by October 25, 2024. Ordered by Magistrate Judge Joseph A. Marutollo on 10/18/2024. (JAM) (Entered: 10/18/2024) |
| 10/21/2024 | 154 | NOTICE of Appearance by Stephani Ayers on behalf of Wanda Kemp, Christine Grogan, Eileen Zaharioudakis, Michael Deteresa, Ronald Krick, Margareta Krick, Christopher Krick, |

| | | Douglas Kevorkian, Craig Gaetke (aty to be noticed) (Ayers, Stephani) (Entered: 10/21/2024) |
|---|---|---|
| 10/22/2024 | 155 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Wanda Kemp, Christine Grogan, Eileen Zaharioudakis, Michael Deteresa, Ronald Krick, Margareta Krick, Christopher Krick, Douglas Kevorkian, Craig Gaetke re 152 Order on Motion to Withdraw as Attorney,,,,,,, (Ayers, Stephani) (Entered: 10/22/2024) |
| 10/23/2024 | 156 | CERTIFICATE OF SERVICE by Wanda Kemp, Christine Grogan, Eileen Zaharioudakis, Michael Deteresa, Ronald Krick, Margareta Krick, Christopher Krick, Charles Henry Gray, IV, Chadwick Graham Gray, Douglas Kevorkian, Craig Gaetke re 152 Order on Motion to Withdraw as Attorney,,,,,,, *UPON TODD WALBURG, BENJAMIN BAILEY, ERIC SNYDER, BAILEY & GLASSER LLP* (Ayers, Stephani) (Entered: 10/23/2024) |
| 10/25/2024 | 157 | STATUS REPORT by Wanda Kemp, Christine Grogan, Eileen Zaharioudakis, Michael Deteresa, Ronald Krick, Margareta Krick, Christopher Krick, Douglas Kevorkian, Craig Gaetke (Ayers, Stephani) (Entered: 10/25/2024) |
| 10/26/2024 | | SCHEDULING ORDER: The Court is in receipt of the plaintiffs' 155 objections to Magistrate Judge Joseph A. Marutollo's 152 opinion and order granting the 140 motion to withdraw as attorney. The defendants' replies, if any, are due by November 1, 2024. Ordered by Judge Ann M. Donnelly on 10/26/2024. (MK) (Entered: 10/26/2024) |
| 11/04/2024 | 158 | MOTION to Stay re 155 Appeal of Magistrate Judge Decision to District Court, 152 Order on Motion to Withdraw as Attorney,,,,,,, by Wanda Kemp, Christine Grogan, Eileen Zaharioudakis, Ronald Krick, Margareta Krick, Christopher Krick, Douglas Kevorkian, Todd Gaetke, Craig Gaetke. (Ayers, Stephani) (Entered: 11/04/2024) |
| 11/05/2024 | | ORDER: The Court is in receipt of Ronald Krick, Wanda Kemp, and Douglas Kevorkian's responses to the Court's 152 Order to Show Cause, which were emailed to Magistrate Judge Marutollo's chambers. Plaintiffs are reminded that they shall not email Magistrate Judge Marutollo's chambers absent a Court order saying otherwise. <br><br> The Court grants 158 . The 152 Order to Show Cause is stayed pending resolution of Plaintiffs' 155 Appeal of the Magistrate Judge's Decision. Ordered by Magistrate Judge Joseph A. Marutollo on 11/5/2024. (EG) (Entered: 11/05/2024) |
| 11/20/2024 | 159 | ORDER as to 155 Appeal of Magistrate Judge Decision. The plaintiffs' appeal of Magistrate Judge Joseph A. Marutollo's October 8, 2024 order granting the motion to withdraw is denied. Ordered by Judge Ann M. Donnelly on 11/20/2024. (DG) (Entered: 11/20/2024) |
| 11/21/2024 | 160 | Mail Returned as Undeliverable. Mail sent to Ronald Krick; copies of document sent from Judge Marutollo's chambers order dated 10/8/24. (RG) (Entered: 11/21/2024) |
| 11/22/2024 | | ORDER TO SHOW CAUSE – Plaintiffs Ronald Krick, Wanda Kemp, Eileen Zaharioudakis, and Douglas Kevorkian are therefore ORDERED TO SHOW CAUSE by December 6, 2024 why they should be allowed to proceed pro se with this action on the relevant decedent's behalf. Ronald Krick, Wanda Kemp, Eileen Zaharioudakis, and Douglas Kevorkian,respectively, may file, under penalty of perjury, a letter addressed to this Court affirming that (i)they are the sole beneficiary of the decedent's estate, (ii) there are no creditors, and (iii) whererelevant, why the decedent's survivors do not defeat their status as beneficiaries. Where applicableand beneficial to their argument, Plaintiffs may provide supporting documentation. <br><br> Plaintiffs shall NOT email Magistrate Judge Marutollo's chambers with any letters; all letters must be filed on the docket. The Court notes that failure to comply with the above order may result in a sua sponteReport and Recommendation to the Honorable Ann. M. Donnelly, United States District Judge,recommending that Plaintiffs Ronald Krick, Wanda Kemp, Eileen Zaharioudakis, and DouglasKevorkian be dismissed with leave to file an amended complaint through counsel within sixty daysof adoption of a dismissal order. The Clerk of the Court is directed to send this Order to Plaintiffs via mail and email. Ordered by Magistrate Judge Joseph A. Marutollo on 11/22/2024. (EG) Modified on 11/22/2024 (EG). (Entered: 11/22/2024) |
| 12/04/2024 | 162 | Letter dated 12/4/2024 to Judge Donnelly from Wanda Allen Kemp, Pro Se re her status as a beneficiary. (TLH) (Entered: 12/06/2024) |

| 12/05/2024 | 161 | Letter undated from Ronald Krick, plaintiff pro se in response to the Court's Order to Show Cause re: beneficiary of the decedent's estate. (RG) (Entered: 12/06/2024) |
|---|---|---|
| 12/09/2024 | 163 | Letter dated 12/5/24 from Douglas Kevorkian, re: being the sole beneficiary of father's estate, Ralph G. Kevorkian. (Unsigned) (RG) (Entered: 12/09/2024) |
| 12/11/2024 | 164 | Letter *requesting a status conference* by United States (Kelly, Robert) (Entered: 12/11/2024) |
| 12/11/2024 | | ORDER granting in part 164 . A status conference will be held on December 16 at 3:00 p.m. via Zoom to discuss the status of this litigation. At the scheduled date and time, the parties shall use following link to appear before Judge Marutollo: https://nyed.zoomgov.com/j/1613871173?pwd=hgmuIkMqATAbkIRBlh6zYZs8bl2vif.1. Counsel and all individual Plaintiffs shall appear at the conference. Defendants are directed to serve a copy of this Scheduling Order on each Plaintiff and ensure that they are aware of the upcoming conference. Ordered by Magistrate Judge Joseph A. Marutollo on 12/11/2024. (GWM) (Entered: 12/11/2024) |
| 12/16/2024 | | Minute Entry for proceedings held before Magistrate Judge Joseph A. Marutollo: A Zoom conference was held on December 13, 2024. Counsel for all defendants appeared. Stephani Ayers appeared. Discussions were held on the record regarding the status of Plaintiffs' representation, and Ms. Ayers indicated that she intends to represent Plaintiffs in the action. The Court ordered Ms. Ayers to file a revised notice of appearance by December 16, 2024. After discussing Defendants' intent to file a motion to dismiss, the Court ordered the parties to file a joint letter, addressed to Judge Donnelly, concerning the parties' respective positions on the proposed briefing schedule by December 18, 2024, at 5:00 p.m. (ZoomGov Log #3:00–3:26.) (EG) (Entered: 12/16/2024) |
| 12/16/2024 | 165 | NOTICE of Appearance by Stephani Ayers on behalf of All Plaintiffs (aty to be noticed) (Ayers, Stephani) (Entered: 12/16/2024) |
| 12/18/2024 | 166 | Letter *Requesting a Briefing Schedule and Status Hearing* by United States (Kelly, Robert) (Entered: 12/18/2024) |
| 12/20/2024 | | SCHEDULING ORDER. The Court has received 166 the parties' joint letter. The defendants are directed to advise the Court by December 27, 2024, how many motions to dismiss they intend to file, which defendants are joining each motion, and whether the proposed 45–page limit would apply to each motion. Ordered by Judge Ann M. Donnelly on 12/20/2024. (MK) (Entered: 12/20/2024) |
| 12/27/2024 | 167 | STATUS REPORT *by Defendants in Response to Minute Order of December 20, 2024* by United States (Rosa, Jill) (Entered: 12/27/2024) |
| 12/27/2024 | | SCHEDULING ORDER. The Court has received the parties' request for a briefing schedule. The defendants' motions to dismiss, not to exceed 45 pages each, are due by April 1, 2025. The plaintiffs must file one opposition, not to exceed 45 pages, that addresses all three motions by May 16, 2025. The defendants' replies, if any, not to exceed 25 pages each, are due by June 20, 2025. The Court stresses, however, that that the parties are not required to use all pages allotted. The defendants are encouraged to join arguments to the extent possible to avoid redundancy. Ordered by Judge Ann M. Donnelly on 12/27/2024. (MK) (Entered: 12/27/2024) |
| 12/30/2024 | | Order re: 166 – "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants." *Salese v. JP Morgan Chase & Co.*, No. 23–CV–153 (GRB) (JMW), 2023 WL 5047890, at *1 (E.D.N.Y. Aug. 8, 2023) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). "A party seeking a stay of discovery pursuant to Fed.R.Civ.P. 26(c) bears the burden of showing good cause." *Weitzner v. Sciton, Inc.*, No. 05–CV–2533 (SLT) (MDG), 2006 WL 3827422, at *1 (E.D.N.Y. Dec. 27, 2006). "The pendency of a dispositive motion is not, in itself, an automatic ground for a stay." *Id.*; *see also Jakob v. JPMorgan Chase Bank, N.A.*, No. 22–CV–03921 (HG), 2023 WL 2386395, at *1 (E.D.N.Y. Mar. 7, 2023) ("In other words, the mere filing of a motion to dismiss does not warrant a stay of discovery absent good cause."). Factors for the Court to consider include whether the motion to dismiss has substantial grounds, the type of motion and whether it is a challenge as a "matter of law" or to the "sufficiency" of the allegations, the nature and complexity of the action, the posture or stage of the litigation, and the expected extent of discovery. *Weitzner*, 2006 WL 3827422 at *1 (citation omitted). The "mandate of a showing of good cause is critically important because of the Court's obligation 'to secure the just, speedy, and inexpensive determination of every action and proceeding.'" *Jakob*, 2023 WL 2386395, at *1 |

| | | |
|---|---|---|
| | | (citing, *inter alia*, Fed. R. Civ. P. 1.). Here, for the reasons set forth in 166 , Defendants have established good cause to establish that a stay is warranted. Discovery shall therefore be stayed pending the disposition of Defendants' forthcoming motions for dismissal with prejudice. Ordered by Magistrate Judge Joseph A. Marutollo on 12/30/2024. (GWM) (Entered: 12/30/2024) |
| 01/17/2025 | 168 | MOTION for Leave to Electronically File Document under Seal by United States. (Attachments: # 1 Exhibit Ashton Allen Release, # 2 Exhibit Gaetke Release, # 3 Exhibit Gough Release, # 4 Exhibit Krick Release, # 5 Exhibit Otis Allen Release 1, # 6 Exhibit Otis Allen Release 2, # 7 Exhibit Kevorkian Release) (Kelly, Robert) (Entered: 01/17/2025) |
| 01/21/2025 | 169 | REPLY in Support *of Defendant United States' Notice of Motion and Motion to File Under Seal* filed by Lockheed Martin Corporation. (Katt, William) (Entered: 01/21/2025) |
| 01/22/2025 | | **VACATED** ORDER granting 168 Motion for Leave to Electronically File Document under Seal. Counsel for the United States is directed to file the original document under seal as a separate entry. Instructions on filing sealed documents on ECF are located at ww.nyed.uscourts.gov. Ordered by Magistrate Judge Joseph A. Marutollo on 1/22/2025. (EG) Modified on 1/31/2025 to vacate order pursuant to Judge Marutollo's order dated 01/29/2025. (EG). (Entered: 01/22/2025) |
| 01/24/2025 | 171 | MOTION to Set Aside Order on Motion for Leave to Electronically File Document under Seal, by Wanda Kemp, Christine Grogan, Eileen Zaharioudakis, Michael Deteresa, Ronald Krick, Margareta Krick, Christopher Krick, Charles Henry Gray, IV, Chadwick Graham Gray, Douglas Kevorkian, Craig Gaetke. (Ayers, Stephani) (Entered: 01/24/2025) |
| 01/24/2025 | | ORDER: Defendants shall respond to 171 by January 29, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 1/24/2025. (GWM) (Entered: 01/24/2025) |
| 01/29/2025 | 172 | RESPONSE to Motion re 171 MOTION to Set Aside Order on Motion for Leave to Electronically File Document under Seal, filed by United States. (Attachments: # 1 Exhibit 1 Email, # 2 Exhibit 2 Email, # 3 Exhibit 3 Email, # 4 Exhibit 4 Email) (Kelly, Robert) (Entered: 01/29/2025) |
| 01/29/2025 | 173 | RESPONSE to Motion re 171 MOTION to Set Aside Order on Motion for Leave to Electronically File Document under Seal, filed by Raytheon Company. (Pagano, Ralph) (Entered: 01/29/2025) |
| 01/29/2025 | | ORDER granting 171 : In light of the United States' position in Dkt. No. 172 , Plaintiffs shall file their opposition to Dkt. No. 168 by February 3, 2025 at 5:00 p.m. In light of Plaintiffs' anticipated opposition to Dkt. No. 168 , the Court vacates its January 22, 2025 order granting the United States leave to electronically file the documents at issue under seal. The Court notes that all requests to seal shall comply with the Local Civil Rules and the information set forth on the Court's website. Ordered by Magistrate Judge Joseph A. Marutollo on 1/29/2025. (GWM) (Entered: 01/29/2025) |
| 02/03/2025 | 174 | REPLY in Opposition re Order on Motion to Set Aside,, filed by All Plaintiffs. (Ayers, Stephani) (Entered: 02/03/2025) |
| 02/03/2025 | | ORDER: Defendants shall file their response(s) to 174 , if any, by February 6, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 2/3/2025. (JAM) (Entered: 02/03/2025) |
| 02/13/2025 | 175 | TRANSCRIPT of Proceedings held on December 16, 2024, before Judge Marutollo. Court Transcriber: Superior Reporting Services LLC. Email address: transcripts@superiorreporter.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 3/6/2025. Redacted Transcript Deadline set for 3/17/2025. Release of Transcript Restriction set for 5/14/2025. (RC) (Entered: 02/13/2025) |
| 03/01/2025 | | ORDER – The Court denies, without prejudice, the Government and Raytheon's motion to file, under seal, certain documents in connection with their anticipated motion to dismiss 168 172 173 . As an initial matter, the Government and Raytheon fail to comply with Rule XI of Magistrate Judge Marutollo's Individual Practices and Rules, to wit: "[a]ny application to seal shall be accompanied by an affidavit or affidavits and a memorandum of law, demonstrating that the standards for sealing have been met and specifically addressing Lugosch v. Pyramid |

| | | |
|---|---|---|
| | | Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) and any other controlling authority. The application shall also include a proposed redacted version of the document(s) in question for public docketing." While the Government and Raytheon loosely address Lugosch in their letters, their briefing is otherwise largely devoid of any citation to pertinent case law and does not comply with Magistrate Judge Marutollo's Individual Practices and Rules.<br><br>The Government and Raytheon shall refile their motion(s) by 5:00 p.m. on March 5, 2025. The Government and Raytheon may choose to file a single motion on behalf of their application. The Government and Raytheon shall file an unredacted copy of the renewed motion (and any exhibits) under seal, and shall also file a redacted copy of the renewed motion (with any sealed exhibits omitted) on the docket.<br><br>In their motion(s), the Government and Raytheon shall address, inter alia, (1) the weight of presumption of public access to the documents sought to be filed under seal; (2) how public filing of the sealed documents would "exacerbate harms to privacy and reputation" to any parties or non–parties, see Zou v. Han, No. 23–CV–02370 (JMA) (JMW), 2024 WL 1704704, at *3 (E.D.N.Y. Apr. 19, 2024); (3) how the sealing request is narrowly tailored to preserve higher values; and (4) why sealing of the entire documents at issue – rather than redactions – are required. The motion(s) shall include citations to case law in support of the arguments made.<br><br>Plaintiffs shall respond to the Government and Raytheon's motions by 5:00 p.m. on March 10, 2025. To the extent Plaintiffs rely on any purportedly confidential information in its response, Plaintiffs shall file such briefing under seal on the docket, with a redacted copy also filed on the docket.Ordered by Magistrate Judge Joseph A. Marutollo on 3/1/2025. (JAM) (Entered: 03/01/2025) |
| 03/04/2025 | 176 | Letter MOTION for Extension of Time to File by Raytheon Company. (Pagano, Ralph) (Entered: 03/04/2025) |
| 03/05/2025 | 177 | NOTICE by United States *in Response to Court's March 1, 2025 Order* (Kelly, Robert) (Entered: 03/05/2025) |
| 03/05/2025 | | ORDER denying 176 as moot. In light of 177 , in which Defendants state that "as the terms of the releases do not implicate any sensitive information specific to the United States, Raytheon, or Lockheed Martin, the Defendants do not believe that there is any further dispute that the Court must resolve at this time," Dkt. No. 176 is denied as moot. In light of 177 , Defendants shall file the settlement releases in support of their motions to dismiss on the public docket. Ordered by Magistrate Judge Joseph A. Marutollo on 3/5/2025. (JAM) (Entered: 03/05/2025) |
| 04/01/2025 | 178 | MOTION to Dismiss for Lack of Jurisdiction , MOTION to Dismiss for Failure to State a Claim by United States. (Kelly, Robert) (Entered: 04/01/2025) |
| 04/01/2025 | 179 | MEMORANDUM in Support re 178 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim filed by United States. (Kelly, Robert) (Entered: 04/01/2025) |
| 04/01/2025 | 180 | AFFIDAVIT/DECLARATION in Support re 178 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim filed by United States. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13) (Kelly, Robert) (Entered: 04/01/2025) |
| 04/01/2025 | 181 | MOTION to Dismiss for Failure to State a Claim *[PRE]*, MOTION to Dismiss for Lack of Jurisdiction by Lockheed Martin Corporation. (Kelly, John) (Entered: 04/01/2025) |
| 04/01/2025 | 182 | MEMORANDUM in Support re 181 MOTION to Dismiss for Failure to State a Claim *[PRE]* MOTION to Dismiss for Lack of Jurisdiction filed by Lockheed Martin Corporation. (Attachments: # 1 Exhibit A – Estate Documents, # 2 Exhibit B – Releases) (Kelly, John) (Entered: 04/01/2025) |
| 04/01/2025 | 183 | AFFIDAVIT/DECLARATION in Support re 181 MOTION to Dismiss for Failure to State a Claim *[PRE]* MOTION to Dismiss for Lack of Jurisdiction filed by Lockheed Martin Corporation. (Kelly, John) (Entered: 04/01/2025) |
| 04/01/2025 | 184 | Letter *to Hon. Ann M. Donnelly Requesting Oral Argument* by Lockheed Martin Corporation (Kelly, John) (Entered: 04/01/2025) |

| | | |
|---|---|---|
| 04/01/2025 | 185 | MOTION to Dismiss for Failure to State a Claim by Raytheon Company. (Pagano, Ralph) (Entered: 04/01/2025) |
| 04/01/2025 | 186 | MEMORANDUM in Support re 185 MOTION to Dismiss for Failure to State a Claim filed by Raytheon Company. (Pagano, Ralph) (Entered: 04/01/2025) |
| 04/01/2025 | 187 | AFFIDAVIT/DECLARATION in Support re 185 MOTION to Dismiss for Failure to State a Claim filed by Raytheon Company. (Attachments: # 1 Exhibit A – TWA 800 MDL Docket, # 2 Exhibit B – Stips of Dismissal TWA 800 MDL, # 3 Exhibit C – Krick Release, # 4 Exhibit D – A. Allen Release, # 5 Exhibit E – O. Lamar Allen 1 Release, # 6 Exhibit F – O. Lamar Allen 2 Release, # 7 Exhibit G – Gaetke Release, # 8 Exhibit H – Gough Release, # 9 Exhibit I – Kevorkian Release) (Pagano, Ralph) (Entered: 04/01/2025) |
| 04/04/2025 | 188 | Letter MOTION to Dismiss for Failure to State a Claim , Letter MOTION to Dismiss for Lack of Jurisdiction *Requesting Oral Argument* by Lockheed Martin Corporation. (Kelly, John) (Entered: 04/04/2025) |
| 04/04/2025 | 189 | Letter MOTION to Dismiss for Failure to State a Claim *Requesting Oral Argument* by Raytheon Company. (Pagano, Ralph) (Entered: 04/04/2025) |
| 05/05/2025 | 190 | Consent MOTION for Extension of Time to File Response/Reply as to 182 Memorandum in Support, 185 MOTION to Dismiss for Failure to State a Claim , 183 Affidavit in Support of Motion, 179 Memorandum in Support, 178 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim , 181 MOTION to Dismiss for Failure to State a Claim *[PRE]* MOTION to Dismiss for Lack of Jurisdiction , 186 Memorandum in Support by Michael Deteresa, Craig Gaetke, Chadwick Graham Gray, Charles Henry Gray, IV, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Eileen Zaharioudakis. (Ayers, Stephani) (Entered: 05/05/2025) |
| 05/05/2025 | | ORDER granting 190 Motion for Extension of Time. The plaintiffs are directed to file their response to the defendants' motions to dismiss by June 16, 2025. The defendants are directed to file their replies, if any, by July 21, 2025. Ordered by Judge Ann M. Donnelly on 5/5/2025. (EHS) (Entered: 05/05/2025) |
| 06/11/2025 | 191 | Consent MOTION for Extension of Time to File *Opposition Briefs* by Michael Deteresa, Craig Gaetke, Chadwick Graham Gray, Charles Henry Gray, IV, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Eileen Zaharioudakis. (Ayers, Stephani) (Entered: 06/11/2025) |
| 06/11/2025 | | ORDER granting 191 Motion for Extension of Time to File. The plaintiffs are directed to file their response to the defendants' motions to dismiss by June 26, 2025. The defendants are directed to file their replies, if any, by July 31, 2025. Ordered by Judge Ann M. Donnelly on 6/11/2025. (EHS) (Entered: 06/11/2025) |
| 06/23/2025 | 192 | Third MOTION for Extension of Time to File Response/Reply as to 182 Memorandum in Support, 185 MOTION to Dismiss for Failure to State a Claim , 189 Letter MOTION to Dismiss for Failure to State a Claim *Requesting Oral Argument*, 179 Memorandum in Support, 178 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim , 181 MOTION to Dismiss for Failure to State a Claim *[PRE]* MOTION to Dismiss for Lack of Jurisdiction , 188 Letter MOTION to Dismiss for Failure to State a Claim Letter MOTION to Dismiss for Lack of Jurisdiction *Requesting Oral Argument*, 184 Letter, 187 Affidavit in Support of Motion,, 186 Memorandum in Support by Michael Deteresa, Craig Gaetke, Chadwick Graham Gray, Charles Henry Gray, IV, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Eileen Zaharioudakis. (Attachments: # 1 Declaration of SL Ayers) (Ayers, Stephani) (Entered: 06/23/2025) |
| 06/24/2025 | | ORDER granting 192 Motion for Extension of Time to File Response/Reply. The plaintiffs' deadline to file their opposition to the defendants' motions to dismiss is extended to July 28, 2025. The defendants' replies, if any, are due by September 1, 2025. The Court will not grant any further extensions absent a showing of good cause. Ordered by Judge Ann M. Donnelly on 6/24/2025. (EHS) (Entered: 06/24/2025) |
| 07/28/2025 | 193 | Fourth MOTION for Extension of Time to File Response/Reply as to 185 MOTION to Dismiss for Failure to State a Claim , 178 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim , 181 MOTION to Dismiss for Failure to State a Claim *[PRE]* MOTION to Dismiss for Lack of Jurisdiction *BY 1 DAY FOR TECHNICAL FAILING* by Michael Deteresa, Chadwick Graham Gray, Charles Henry Gray, IV, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, |

| | | |
|---|---|---|
| | | Ronald Krick, Eileen Zaharioudakis. (Ayers, Stephani) (Entered: 07/28/2025) |
| 07/28/2025 | 194 | AFFIDAVIT/DECLARATION in Opposition re 185 MOTION to Dismiss for Failure to State a Claim , 178 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim , 181 MOTION to Dismiss for Failure to State a Claim *[PRE]* MOTION to Dismiss for Lack of Jurisdiction filed by All Plaintiffs. (Attachments: # 1 Exhibit Transcript of Proceedings, # 2 Exhibit B– estate docs) (Ayers, Stephani) (Entered: 07/28/2025) |
| 07/28/2025 | 195 | MEMORANDUM in Opposition re 185 MOTION to Dismiss for Failure to State a Claim , 178 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim , 181 MOTION to Dismiss for Failure to State a Claim *[PRE]* MOTION to Dismiss for Lack of Jurisdiction filed by All Plaintiffs. (Ayers, Stephani) (Entered: 07/28/2025) |
| 07/29/2025 | 196 | RESPONSE in Opposition re 185 MOTION to Dismiss for Failure to State a Claim , 178 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim , 181 MOTION to Dismiss for Failure to State a Claim *[PRE]* MOTION to Dismiss for Lack of Jurisdiction *[CORRECTED]* filed by All Plaintiffs. (Ayers, Stephani) (Entered: 07/29/2025) |
| 07/29/2025 | | ORDER finding as moot 193 Motion for Extension of Time to File Response/Reply. In light of the plaintiffs filing their opposition to the defendants' motions to dismiss, the plaintiffs' request for an extension of time to file is denied as moot. Ordered by Judge Ann M. Donnelly on 7/29/2025. (EHS) (Entered: 07/29/2025) |
| 08/12/2025 | 197 | Letter *Re Corrected Brief at 196 and Errata* by Michael Deteresa, Chadwick Graham Gray, Charles Henry Gray, IV, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Eileen Zaharioudakis (Attachments: # 1 Errata) (Ayers, Stephani) (Entered: 08/12/2025) |
| 08/12/2025 | | ORDER: The Court is in receipt of the plaintiffs' 197 letter regarding their corrected brief. The Court will refer to the plaintiffs' 196 corrected opposition to the defendants' motions to dismiss. Ordered by Judge Ann M. Donnelly on 8/12/2025. (EHS) (Entered: 08/12/2025) |
| 08/21/2025 | 198 | Letter *requesting status conference* by United States (Attachments: # 1 Exhibit 1 Email, # 2 Exhibit 2 Letter, # 3 Exhibit 3 Probate Court Order, # 4 Exhibit 4 Hearing Trans., # 5 Declaration Ex 5) (Kelly, Robert) (Entered: 08/21/2025) |
| 08/21/2025 | | SCHEDULING ORDER: An in–person status conference will occur on September 10, 2025, at 11:00 a.m. in Courtroom 11A South. The parties are further ordered to meet and confer concerning the issues raised in 198 , and shall file a joint status report concerning their discussions by September 3, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 8/21/2025. (EG) (Entered: 08/21/2025) |
| 08/22/2025 | 199 | MOTION to Appear Pro Hac Vice *for Shane B. Nichols* Filing fee $ 200, receipt number BNYEDC–19374751 by Raytheon Company. (Attachments: # 1 Exhibit A – Affidavit of Shane B. Nichols in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit B – Affidavit of Ralph V. Pagano in Support of Motion to Admit Counsel Pro Hac Vice, # 3 Exhibit C – Proposed Order Granting Motion for Admission Pro Hac Vice) (Pagano, Ralph) (Entered: 08/22/2025) |
| 08/22/2025 | 200 | Joint MOTION for Extension of Time to File Response/Reply as to 185 MOTION to Dismiss for Failure to State a Claim , 178 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim , 181 MOTION to Dismiss for Failure to State a Claim *[PRE]* MOTION to Dismiss for Lack of Jurisdiction *(Unopposed)* by Raytheon Company. (Attachments: # 1 Exhibit A – Cobb County GA Probate Records, # 2 Exhibit B – Magistrate Hearing Transcript 2024.08.22, # 3 Exhibit C – Correspondence re Gray Plaintiffs) (Pagano, Ralph) (Entered: 08/22/2025) |
| 08/22/2025 | | ORDER granting 200 Motion for Extension of Time to File Response/Reply. The defendants' replies in support of their motions to dismiss are due by October 1, 2025. Ordered by Judge Ann M. Donnelly on 8/22/2025. (EHS) (Entered: 08/22/2025) |
| 08/22/2025 | | ORDER: The in–person status conference will now be held at 10:30 a.m. on September 10, 2025 in Courtroom 11A South. Ordered by Magistrate Judge Joseph A. Marutollo on 8/22/2025. (EG) (Entered: 08/22/2025) |
| 08/22/2025 | | ORDER granting 199 Motion to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that they receive electronic notification of activity in this case. |

| | | |
|---|---|---|
| | | Also, the attorney shall ensure the $200 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Joseph A. Marutollo on 8/22/2025. (EG) (Entered: 08/22/2025) |
| 09/02/2025 | 201 | NOTICE of Appearance by Shane Nichols on behalf of Raytheon Technologies Corporation (aty to be noticed) (Nichols, Shane) (Entered: 09/02/2025) |
| 09/03/2025 | 202 | STATUS REPORT *(Joint)* by Lockheed Martin Corporation, Raytheon Company, United States (Nichols, Shane) (Entered: 09/03/2025) |
| 09/04/2025 | | ORDER: The Court is in receipt of 198 and 202 . It is not clear, however, as to what Plaintiffs' position is regarding the issues raised in 198 and 202 . Plaintiffs shall file a letter advising their positions on the issues raised in 198 and 202 by September 8, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 9/4/2025. (EG) Modified on 9/4/2025 (GWM). (Entered: 09/04/2025) |
| 09/05/2025 | 203 | MOTION to Appear Pro Hac Vice *by Thad M. Guyer, Esq* Filing fee $ 200, receipt number ANYEDC–19414867 by Christine Grogan. (Attachments: # 1 Affidavit, # 2 Admission Information Certificate of Good Standing) (Guyer, Thad) (Entered: 09/05/2025) |
| 09/05/2025 | 204 | RESPONSE in Opposition re 203 MOTION to Appear Pro Hac Vice *by Thad M. Guyer, Esq* Filing fee $ 200, receipt number ANYEDC–19414867 filed by United States. (Attachments: # 1 Exhibit 1 Order, # 2 Exhibit 2 Show Cause Order) (Kelly, Robert) (Entered: 09/05/2025) |
| 09/05/2025 | 205 | REPLY in Support re 204 Response in Opposition to Motion, *re Pro Hac Vice Application of Thad Guyer* filed by All Plaintiffs. (Attachments: # 1 Declaration Declaration of Thad Guyer, # 2 Exhibit EX. A, # 3 Exhibit EX. B, # 4 Exhibit EX. C, # 5 Exhibit EX. D, # 6 Exhibit EX. E, # 7 Exhibit EX. F) (Guyer, Thad) (Entered: 09/05/2025) |
| 09/08/2025 | 206 | REPLY in Support re 205 Reply in Support, 204 Response in Opposition to Motion, *SUPPLEMENT TO REPLY– EX. G RE OREGON STATE BAR* filed by All Plaintiffs. (Attachments: # 1 Exhibit EX. G Letter re Oregon State Bar) (Guyer, Thad) (Entered: 09/08/2025) |
| 09/08/2025 | 207 | REPLY in Support re 206 Reply in Support, 204 Response in Opposition to Motion, *SECOND SUPPLEMENT EXHIBIT H FROM OREGON STATE BAR* filed by All Plaintiffs. (Attachments: # 1 Exhibit Ex. H Email from Oregon State Bar) (Guyer, Thad) (Entered: 09/08/2025) |
| 09/09/2025 | 208 | Letter *re clarifying* by Chadwick Graham Gray, Charles Henry Gray, IV, Christine Grogan, Wanda Kemp (Ayers, Stephani) (Entered: 09/09/2025) |
| 09/10/2025 | | Minute Entry for proceedings before Magistrate Judge Joseph A. Marutollo: A status conference was held on the record on September 10, 2025. Counsel for all parties appeared. Individual Plaintiffs Charles Henry Gray, IV and Chadwick Graham Gray also appeared. The status of the case, as raised in 198 , 202 , and 208 , was discussed. Following that discussion the Court made the following rulings:<br><br>The parties shall meet and confer to discuss the existence and status of Gray parties' release with Boeing. Defendants shall make any motion for the Court concerning those releases by September 17, 2025. Defendants shall promptly inform the Court if there are any delays in obtaining the releases.<br><br>Defendants shall file their joint, supplemental brief concerning the issues raised in 198 by October 30, 2025. Plaintiffs shall file their supplemental response by November 28, 2025. The parties' respective briefs shall not exceed 10 pages, exclusive of attachments.<br><br>Defendants shall file their reply in support of their motions to dismiss by December 30, 2025. The parameters of that reply must comply with those previously set forth by the Court.<br><br>The Court additionally granted Mr. Guyer's 203 motion to appear pro hac vice. By September 15, Plaintiffs' counsel shall file a letter informing the Court of the precise parties whom they represent. (FTR Log #10:35–11:27.) (EG) (Entered: 09/10/2025) |
| 09/15/2025 | 209 | TRANSCRIPT of Proceedings held on September 10, 2025, before Judge Marutollo. Court Transcriber: Superior Reporting Services LLC. Email address: transcripts@superiorreporter.com. Transcript may be viewed at the court public terminal or |

| | | |
|---|---|---|
| | | purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 10/6/2025. Redacted Transcript Deadline set for 10/16/2025. Release of Transcript Restriction set for 12/15/2025. (RC) (Entered: 09/15/2025) |
| 09/15/2025 | 210 | Letter by Michael Deteresa, Craig Gaetke, Chadwick Graham Gray, Charles Henry Gray, IV, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Eileen Zaharioudakis (Ayers, Stephani) (Entered: 09/15/2025) |
| 09/17/2025 | 211 | Letter *re: pre–discovery subpoena* by United States (Kelly, Robert) (Entered: 09/17/2025) |
| 11/03/2025 | | ORDER: Defendants were directed to file their joint, supplemental brief concerning the issues raised in 198 by October 30, 2025. To date, no such brief was filed. Defendants are directed to file the joint, supplemental brief by November 4, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 11/3/2025. (EG) (Entered: 11/03/2025) |
| 11/03/2025 | 212 | Letter *re: 11/3/25 Magistrate Order* by Lockheed Martin Corporation, Raytheon Company (Nichols, Shane) (Entered: 11/03/2025) |
| 11/03/2025 | 213 | NOTICE by Lockheed Martin Corporation, Raytheon Company re 212 Letter *(Copy of Admin. Order 2025–15)* (Nichols, Shane) (Entered: 11/03/2025) |
| 11/03/2025 | | ORDER – In light of the lapse of federal government appropriations, the court sua sponte stays this case, pending restoration of such appropriations. See Administrative Order No. 2025–15. Once the government has been funded, Defendants shall file their joint, supplemental brief concerning the issues raised in Dkt. No. 198 , in accordance with the tolling provisions of Administrative Order No. 2025–15. Ordered by Magistrate Judge Joseph A. Marutollo on 11/3/2025. (PCM) (Entered: 11/03/2025) |
| 11/20/2025 | 214 | STATUS REPORT *Joint Status Report re: Deadlines* by United States (Kelly, Robert) (Entered: 11/20/2025) |
| 11/20/2025 | | ORDER regarding 214 – Defendants' Joint Supplemental brief shall be served (not filed) by December 15, 2024. Plaintiffs' Response to the Defendants' Joint Supplement shall be served (not filed) by January 13, 2026. Defendants' Reply brief shall be served by February 12, 2026. Defendants shall file the fully–briefed motion by February 12, 2026. Ordered by Magistrate Judge Joseph A. Marutollo on 11/20/2025. (EG) (Entered: 11/20/2025) |
| 11/21/2025 | | ORDER – The Court sua sponte amends its November 20, 2025 scheduling order as follows: Defendants' Joint Supplemental brief shall be filed by December 15, 2025. Plaintiffs' Response to the Defendants' Joint Supplement shall be filed by January 13, 2026. Defendants' Reply brief shall be filed by January 20, 2026. The Court is not inclined to extend these deadlines. Ordered by Magistrate Judge Joseph A. Marutollo on 11/21/2025. (PCM) (Entered: 11/21/2025) |
| 12/15/2025 | 215 | MEMORANDUM in Support re 185 MOTION to Dismiss for Failure to State a Claim , 178 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim , 181 MOTION to Dismiss for Failure to State a Claim *[PRE]* MOTION to Dismiss for Lack of Jurisdiction *Joint Supplement* filed by United States. (Attachments: # 1 Declaration Brasington, # 2 Exhibit Probate Court Order, # 3 Exhibit Hearing Transcript, # 4 Exhibit Chadwick Gray Release, # 5 Exhibit Charles Gray Release, # 6 Declaration Dronberger) (Kelly, Robert) (Entered: 12/15/2025) |
| 12/15/2025 | 216 | EXHIBIT *Corrected 215–3 Hearing Transcript* by United States. Related document: 215 Memorandum in Support,, filed by United States. (Kelly, Robert) (Entered: 12/15/2025) |
| 01/12/2026 | 217 | MOTION for Extension of Time to File Response/Reply as to 215 Memorandum in Support,, by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Chadwick Graham Gray, Charles Henry Gray, IV, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis. (Attachments: # 1 Exhibit Attachment A Status Report, # 2 Exhibit Attachment B Status Report) (Guyer, Thad) (Entered: 01/12/2026) |
| 01/12/2026 | 218 | NOTICE by Michael Deteresa, Craig Gaetke, Todd Gaetke, Jodelle Gearon, Chadwick Graham Gray, Charles Henry Gray, IV, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Lisa Michelson, Eric Rojany, Eileen Zaharioudakis re 217 MOTION for Extension of Time to File Response/Reply as to 215 |

| | | |
|---|---|---|
| | | Memorandum in Support,, *NOTICE OF ERRATA* (Guyer, Thad) (Entered: 01/12/2026) |
| 01/12/2026 | | ORDER deferring ruling on 217 – Defendants shall respond to 217 by January 14, 2026. Ordered by Magistrate Judge Joseph A. Marutollo on 1/12/2026. (JAM) (Entered: 01/12/2026) |
| 01/12/2026 | 219 | RESPONSE in Opposition re 217 MOTION for Extension of Time to File Response/Reply as to 215 Memorandum in Support,, filed by Lockheed Martin Corporation, Raytheon Company, Raytheon Technologies Corporation, United States. (Kelly, Robert) (Entered: 01/12/2026) |
| 01/12/2026 | | ORDER denying 217 . On November 21, 2025, the Court sua sponte amended the scheduling order and indicated that it is not inclined to extend these deadlines. Accordingly, Plaintiffs' motion for an extension of time to file their response is denied. Ordered by Magistrate Judge Joseph A. Marutollo on 1/12/2026. (KY) (Entered: 01/12/2026) |
| 01/13/2026 | 220 | MEMORANDUM in Opposition re 215 Memorandum in Support,, *Joint by All Defendants* filed by All Plaintiffs. (Attachments: # 1 Declaration In Support of Limited Discovery) (Guyer, Thad) (Entered: 01/13/2026) |
| 01/20/2026 | 221 | MOTION to Withdraw as Attorney by Lockheed Martin Corporation. (Katt, William) (Entered: 01/20/2026) |
| 01/20/2026 | | ORDER granting 221 Motion to Withdraw as Attorney. Attorney William J. Katt terminated. Ordered by Magistrate Judge Joseph A. Marutollo on 1/20/2026. (EG) (Entered: 01/20/2026) |
| 01/20/2026 | 222 | REPLY to Response to Motion re 178 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim filed by United States. (Kelly, Robert) (Entered: 01/20/2026) |
| 01/20/2026 | 223 | REPLY in Support re 178 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim filed by Lockheed Martin Corporation. (Attachments: # 1 Exhibit A – Letter, dated July 31, 2025, # 2 Exhibit B – Petition for Discharge to Appoint Successor Executor and Order, # 3 Exhibit C – Final Order) (Kelly, John) (Entered: 01/20/2026) |
| 01/20/2026 | 224 | REPLY in Support re 185 MOTION to Dismiss for Failure to State a Claim , 186 Memorandum in Support filed by Raytheon Company. (Nichols, Shane) (Entered: 01/20/2026) |
| 01/20/2026 | 225 | REPLY in Support *Motion to Dismiss For Failure to State a Claim* filed by Lockheed Martin Corporation. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) (Kelly, John) (Entered: 01/20/2026) |
| 01/21/2026 | 226 | Letter *to Court re Oral Argument (181)* by Lockheed Martin Corporation (Kelly, John) (Entered: 01/21/2026) |
| 02/24/2026 | | ORDER denying 188 189 Motions Requesting Oral Argument. The Court denies the defendants' requests for oral argument on their pending motions to dismiss. The Court will decide the motions on the papers. Ordered by Judge Ann M. Donnelly on 2/24/2026. (EHS) (Entered: 02/24/2026) |
| 03/02/2026 | 227 | MEMORANDUM DECISION AND ORDER. The defendants' 178 181 185 motions to dismiss are granted. The plaintiffs' claims are dismissed. Ordered by Judge Ann M. Donnelly on 3/2/2026. (DG) (Entered: 03/02/2026) |
| 03/03/2026 | 228 | CLERK'S JUDGMENT: that the defendants' motions to dismiss are granted; and the plaintiffs' claims are dismissed. Signed by Deputy Clerk, Jalitza Poveda, on behalf of Clerk of Court, Brenna B. Mahoney, on 3/3/2026. (JP) (Entered: 03/03/2026) |
| 04/30/2026 | 229 | NOTICE OF APPEAL as to 227 Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Dismiss for Failure to State a Claim,,, 228 Clerk's Judgment, 159 Order, 152 Order on Motion to Withdraw as Attorney,,,,,,, by Michael Deteresa, Craig Gaetke, Todd Gaetke, Chadwick Graham Gray, Charles Henry Gray, IV, Christine Grogan, Wanda Kemp, Douglas Kevorkian, Christopher Krick, Margareta Krick, Ronald Krick, Eileen Zaharioudakis. Filing fee $ 605, receipt number ANYEDC–20170042. (Guyer, Thad) (Entered: 04/30/2026) |
| 04/30/2026 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 229 Notice of Appeal,, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 04/30/2026) |