**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: June 22, 2026
Docket #: 26-1225
Short Title: Krick v. Raytheon Company

DC Docket #: 1:23-cv-8093
DC Court: EDNY (BROOKLYN)
DC Judge: Trial Judge - Ann M. Donnelly

## NOTICE OF EXPEDITED APPEAL

By notice filed April 30, 2026, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellants' briefs are due no later than July 27, 2026, 35 days from the date of this notice. Appellees' briefs are due no later than August 31, 2026 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8523.