**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): __26-1225__                                    __Krick v. Raytheon Company__
                                                                    Caption [use short title]

Motion for: _____

__One-week extension of time to file Appellants' Brief__

__and Joint Appendix__

Set forth below precise, complete statement of relief sought:

Plaintiffs-Appellants respectfully move, pursuant to FRAP 26(b) and Local Rule

27.1, for a one-week extension of time, from July 27, 2026 to August 3, 2026, to

file their Brief and Joint Appendix, with a corresponding one-week extension of

the Appellees' Brief deadline from August 31, 2026 to September 7, 2026, and the

Reply Brief due 14 days after service of the last Appellees' Brief, consistent with

the Court's June 22, 2026 Local Rule 31.2 Expedited Calendar (XAC) notice.

**MOVING PARTY:** __Ronald Krick, et al.__        **OPPOSING PARTY:** __Raytheon Company, et al.__

☑ Plaintiff        ☐ Defendant

☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** __Thad M. Guyer__        **OPPOSING ATTORNEY:** __See Appendix A__
                [name of attorney, with firm, address, phone number and e-mail]

__T.M. Guyer & Friends, PC__                __See Appendix A for full counsel list__

__116 Mistletoe St. / P.O. Box 1061, Medford, OR 97501__   __Raytheon: R. Pagano (212) 937-4000__

__(206) 941-2869 | thad@guyerayers.com__        __U.S.: B. Springer (202) 616-5446__

Court- Judge/ Agency appealed from: __EDNY - Hon. Ann M. Donnelly, U.S.D.J. (No. 1:23-cv-08093-AMD-JAM)__

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?        ☐ Yes  ☑ No
Has this relief been previously sought in this court?   ☐ Yes  ☑ No

Requested return date and explanation of emergency: _____

_____
_____
_____
_____

Is the oral argument on motion requested?   ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**

_____  Date: __07-26-2026__       Service : ☑ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)                        1

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

RONALD KRICK, et al.,

      Plaintiffs-Appellants,

v.

Docket No. 26-1225

RAYTHEON COMPANY, et al.,

      Defendants-Appellees.

## APPENDIX A
## COUNSEL FOR DEFENDANTS-APPELLEES
(Form T-1080 Attachment)

Because Form T-1080 does not provide sufficient space for the complete contact information of counsel for all Defendants-Appellees, Plaintiffs-Appellants submit this Appendix A. Terminated counsel are omitted.

### I. Raytheon Company and Raytheon Technologies Corporation

Ralph V. Pagano
Fitzpatrick & Hunt, Pagano, Aubert, LLP
12 East 49th Street, 31st Floor
New York, NY 10017
Telephone: (212) 937-4000
Counsel for Defendants-Appellees Raytheon Company and Raytheon Technologies Corporation

### II. Lockheed Martin Corporation

Judy Cruickshank Selmeci
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017
Telephone: (212) 915-5159

Kathryn A. Grace
Wilson Elser Moskowitz Edelman & Dicker LLP

1

227 W. Trade Street, Suite 300
Charlotte, NC 28227
Telephone: (704) 302-1291

Julia Audibert
Wilson Elser Moskowitz Edelman & Dicker LLP
880 Atlantic Avenue, Apt. 12K
Brooklyn, NY 12238
Telephone: (203) 592-1094
Counsel for Defendant-Appellee Lockheed Martin Corporation

**III. United States Missile Defense Agency; United States Department of Defense; United States Navy; and United States of America**

Brian James Springer
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 616-5446

Charles W. Scarborough
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Counsel for the United States Defendants-Appellees

Dated: July 26, 2026

/s/ Thad M. Guyer
THAD M. GUYER
Counsel for Plaintiffs-Appellants

2

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

RONALD KRICK, et al.,

      Plaintiffs-Appellants,

v.                                      Docket No. 26-1225

RAYTHEON COMPANY, et al.,

      Defendants-Appellees.

## MOTION OF PLAINTIFFS-APPELLANTS FOR A ONE-WEEK EXTENSION OF TIME TO FILE APPELLANTS' BRIEF AND JOINT APPENDIX

Plaintiffs-Appellants respectfully move this Court, pursuant to Federal Rule of Appellate Procedure 26(b) and Local Rule 27.1, for a one-week extension of time to file their Appellants' Brief and Joint Appendix, presently due July 27, 2026. In support of this motion, and as further set forth in the accompanying Declaration of Thad M. Guyer, Plaintiffs-Appellants state as follows:

1. Procedural Background. This appeal arises from the March 3, 2026 judgment of the United States District Court for the Eastern District of New York (Hon. Ann M. Donnelly, D.J., No. 1:23-cv-08093-AMD-JAM), dismissing Plaintiffs-Appellants' complaint for lack of subject-matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1). The Notice of Appeal was filed April 30, 2026, and the appeal was docketed in this Court on May 5, 2026. By Local Rule 31.2 Notice transmitted June 22, 2026, the Court placed this appeal on the

1

Expedited Appeals Calendar, setting the Appellants' Brief due date as July 27, 2026 and the Appellees' Brief due date as August 31, 2026.

2. Prior Submission and Cure of Defective Filing. Plaintiffs-Appellants first submitted a motion for this same one-week extension, together with a Form T-1080, on July 24, 2026 (Dkt. 46). The Clerk's Office issued a Notice of Defective Filing that same day (Dkt. 47) identifying a missing, properly completed motion information statement (Form T-1080) under Local Rule 27.1 as the sole defect. This motion, together with the accompanying Form T-1080, Appendix A (counsel for Defendants-Appellees), and supporting Declaration, is submitted to ensure a complete, properly structured record and to state with precision the relief and grounds previously presented.

3. Basis for the Requested Extension. The requested one-week extension is necessitated by a competing filing deadline in a separate matter pending before the United States District Court for the Middle District of Georgia. As set forth in the accompanying Declaration, undersigned counsel is completing Plaintiff's Opposition to Defendants' Motion for Summary Judgment in Wooten v. LaSalle Corrections, et al., No. 7:22-cv-00148-WLS (M.D. Ga.), due the same day as the Appellants' Brief in this matter. This scheduling conflict, absent a brief extension, would compromise the quality of the submissions in one or both matters.

4. Position of Other Parties. Undersigned counsel has conferred with counsel for Defendants-Appellees Raytheon Company and Raytheon

2

Technologies Corporation (Ralph V. Pagano, Fitzpatrick & Hunt, Pagano, Aubert LLP) and for the United States Defendants-Appellees (Civil Division, U.S. Department of Justice), each of whom confirmed by email on July 24, 2026 that they do not oppose the requested extension. Undersigned counsel has not separately confirmed the position of Defendant-Appellee Lockheed Martin Corporation as of the date of this filing and is unaware of any opposition. Full contact information for counsel for Defendants-Appellees appears in Appendix A.

5. Proposed Schedule. Plaintiffs-Appellants propose the following modified briefing schedule, which otherwise preserves the schedule set by the Court's June 22, 2026 Local Rule 31.2 notice:

Appellants' Brief and Joint Appendix: July 27, 2026 to August 3, 2026

Appellees' Brief(s): August 31, 2026 to September 7, 2026

Appellants' Reply Brief: 14 days after service of Appellees' Brief(s)

Plaintiffs-Appellants consent to a longer extension of the Appellees' Brief deadline should any Defendant-Appellee require additional time.

WHEREFORE, Plaintiffs-Appellants respectfully request that this Court enter an order extending the deadline to file the Appellants' Brief and Joint Appendix from July 27, 2026 to August 3, 2026, and correspondingly adjusting the Appellees' Brief deadline as set forth above.

Dated: July 26, 2026

Respectfully submitted,

/s/ Thad M. Guyer

3

THAD M. GUYER
T.M. Guyer & Friends, PC
116 Mistletoe Street / P.O. Box 1061
Medford, OR 97501
(206) 941-2869
thad@guyerayers.com
Counsel for Plaintiffs-Appellants

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

RONALD KRICK, et al.,

      Plaintiffs-Appellants,

v.                                       Docket No. 26-1225

RAYTHEON COMPANY, et al.,

      Defendants-Appellees.

## DECLARATION OF THAD M. GUYER IN SUPPORT OF MOTION FOR ONE-WEEK EXTENSION OF TIME

I, Thad M. Guyer, declare as follows:

1. I am counsel of record for Plaintiffs-Appellants in the above-captioned appeal. I am admitted to practice before this Court. I am a member of T.M. Guyer & Friends, PC. I have personal knowledge of the facts set forth below and, if called upon to do so, could and would testify competently thereto.

2. This appeal arises from the March 3, 2026 judgment of the United States District Court for the Eastern District of New York (Hon. Ann M. Donnelly, D.J., No. 1:23-cv-08093-AMD-JAM), dismissing Plaintiffs-Appellants' complaint for lack of subject-matter jurisdiction. By Local Rule 31.2 Notice transmitted June 22, 2026, this Court placed the appeal on the Expedited Appeals Calendar and set July 27, 2026 as the due date for the Appellants' Brief and Joint Appendix.

3. On July 24, 2026, I submitted, on behalf of Plaintiffs-Appellants, a motion for a one-week extension of the Appellants' Brief and Joint Appendix deadline, together with a Form T-1080 (Dkt. 46). The Clerk's Office issued a

1

Notice of Defective Filing the same day (Dkt. 47), identifying the motion information statement (Form T-1080) as non-compliant with Local Rule 27.1. I make this declaration in support of a renewed motion, accompanied by a fully completed Form T-1080 and Appendix A, seeking the identical relief.

4. I am also counsel of record for the plaintiff in Wooten v. LaSalle Corrections, et al., No. 7:22-cv-00148-WLS, pending in the United States District Court for the Middle District of Georgia. In that matter, the plaintiff's Opposition to Defendants' Motion for Summary Judgment is due on July 27, 2026, the same day as the Appellants' Brief and Joint Appendix in this appeal. This convergence of deadlines creates a scheduling conflict that a one-week extension in this appeal would resolve without prejudice to any party.

5. On July 24, 2026, I conferred by email with Ralph V. Pagano, counsel for Defendants-Appellees Raytheon Company and Raytheon Technologies Corporation, and with counsel for the United States Defendants-Appellees at the Civil Division, U.S. Department of Justice. Each confirmed that their respective clients do not oppose the requested one-week extension. I have not separately confirmed the position of Defendant-Appellee Lockheed Martin Corporation as of the date of this declaration. Full contact information for counsel for Defendants-Appellees appears in Appendix A.

6. No prior extension of the Appellants' Brief and Joint Appendix deadline has been granted in this appeal. The one-week extension requested here, and the corresponding adjustment to the Appellees' Brief deadline, will not delay

2

disposition of the appeal in any material respect.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on July 26, 2026, at Medford, Oregon.

/s/ Thad M. Guyer
THAD M. GUYER

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

RONALD KRICK, et al.,

    Plaintiffs-Appellants,

v.

                                      Docket No. 26-1225

RAYTHEON COMPANY, et al.,

    Defendants-Appellees.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2026, I electronically filed the foregoing Motion for a One-Week Extension of Time to File Appellants' Brief and Joint Appendix, together with Form T-1080, Appendix A (Counsel for Defendants-Appellees), and the Declaration of Thad M. Guyer in Support, with the Clerk of the Court for the United States Court of Appeals for the Second Circuit using the Court's ACMS electronic filing system, which will send notification of such filing to counsel of record for all parties.

Dated: July 26, 2026

/s/ Thad M. Guyer
THAD M. GUYER
Counsel for Plaintiffs-Appellants