**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: July 28, 2026
Docket #: 26-1225
Short Title: Krick v. Raytheon Company

DC Docket #: 1:23-cv-8093
DC Court: EDNY (BROOKLYN)
DC Judge: Ann M. Donnelly

**NOTICE OF DEFECTIVE FILING**

On July 27, 2026 the Brief, Special Appendix, Appendix, on behalf of the Appellant Chadwick Graham Gray, Charles Henry Gray, IV, Christine Grogan, Christopher Krick, Craig Gaetke, Douglas Kevorkian, Eileen Zaharioudakis, Margareta Krick, Michael Deteresa, Ronald Krick, Wanda Kemp, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
     _____ Missing proof of service
     _____ Served to an incorrect address
     _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
  **X**     **Defective cover *(FRAP 32)***
     **X**    **Incorrect caption *(FRAP 32)***
     _____ Wrong color cover *(FRAP 32)*
     _____ Docket number font too small *(Local Rule 32.1)*
  **X**    **Incorrect pagination, click here for instructions on how to paginate PDFs**
     **_(Local Rule 32.1)_**
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event

**__X__      Other: Please review the Court's caption, "et al." is not acceptable. For the special appendix, be sure that the pagination is correct, that the page number at the bottom of the page matches the page number on the page icon on top. Lastly, be sure that the Appendix is only 300 pages. You must be sure that the Appendix is only divided between 300 pages.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than July 30, 2026. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8546.