**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: July 31, 2026
Docket #: 26-1225
Short Title: Krick v. Raytheon Company

DC Docket #: 1:23-cv-8093
DC Court: EDNY (BROOKLYN)
DC Judge: Ann M. Donnelly

## NOTICE OF DEFECTIVE FILING

On July 31, 2026 the Special Appendix, Corrected Appendix, on behalf of the Appellant Chadwick Graham Gray, Charles Henry Gray, IV, Christine Grogan, Christopher Krick, Craig Gaetke, Douglas Kevorkian, Eileen Zaharioudakis, Margareta Krick, Michael Deteresa, Ronald Krick, Wanda Kemp, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

______ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
______ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
______ Missing motion information statement *(T-1080 - Local Rule 27.1)*
______ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
______ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
______ Improper proof of service *(FRAP 25)*
    ______ Missing proof of service
    ______ Served to an incorrect address
    ______ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
______ Failure to submit document in digital format *(Local Rule 25.1)*
______ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2)*, click here for instructions on how to make PDFs text searchable
______ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
______ Failure to file special appendix *(Local Rule 32.1)*
__X____ Defective cover *(FRAP 32)*
    ___X___ Incorrect caption *(FRAP 32)*
    ______ Wrong color cover *(FRAP 32)*
    ______ Docket number font too small *(Local Rule 32.1)*
___X___ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
______ Incorrect font *(FRAP 32)*
______ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
______ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
______ Untimely filing
___X___ Incorrect Filing Event

___X___ Other: **Please re-file the Brief. When re-filing the Joint Appendix each volume must be filed under a separate Filing Event: Select the Filing Event: Joint Appendix Filed. See the correct caption listed below:**

**Ronald Krick, Individually and on Behalf of the Estate of Oliver Krick, Margareta Krick, Christopher Krick, Douglas Kevorkian, Individually and on Behalf of the Estate of Ralph Kevorkian, Christine Grogan, Eileen Zaharioudakis, Individually and Behalf of the Estate of Donald Gough, Michael Deteresa, Charles Henry Gray IV, Chadwick Graham Gray, Craig Gaetke, Wanda Kemp, Individually and on Behalf of the Estates of O. Lamar Allen and Ashton Allen,**

        **Plaintiffs - Appellants,**

**Lisa Michelson, Individually and on Behalf of the Estate of Yonatan Rojany, Eric Rojany, Jodelle Gearon, Individually and on Behalf of the Estate of Daniel Gaetke, Todd Gaetke,**

        **Plaintiffs,**

  **v.**

**Raytheon Company, Raytheon Technologies Corporation, Lockheed Martin Corporation, United States Missile Defense Agency, United States Department of Defense, United States Navy, United States of America,**

        **Defendants - Appellees,**

**Does 1 through 20,**

        **Defendant.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than August 04, 2026. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8523.